Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Ste. 2100
Sacramento, CA 95814
Phone: 916/444-7573
lcasillas@klinedinstlaw.com

Attorneys for Defendant
EVANS HOTELS, LLC dba THE
LODGE AT TORREY PINES

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>　　　　Defendant. | Case No.  19-cv-0650-BAS-BGS<br><br>**NOTICE OF DEFENDANT EVANS HOTELS, LLC'S MOTION TO DISMISS PURSUANT TO FRCP R. 12(B)6, 12(E) AND MOTION TO STRIKE PURSUANT TO FRCP R. 12(F)**<br><br>Date:　　Monday, July 22, 2019<br>Time:　　n/a<br>Courtroom:　4B<br>Judge:　　Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Bernard G. Skomal<br>Complaint Filed:  April 05, 2019<br>Trial Date:　None set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 22, 2019, in Courtroom 4B of the above-entitled Court located at 221 West Broadway, San Diego, California 92101, Nadia P. Bermudez on behalf of Defendant EVANS HOTELS, LLC dba THE

1  LODGE AT TORREY PINES ("EVANS HOTELS") will and hereby does move
2  the Court to dismiss Plaintiff PETER STROJNIK, SR.'s ("Plaintiff") First
3  Amended Complaint ("FAC")pursuant to Federal Rules of Civil Procedure, Rule
4  12(b)6 because Plaintiff fails to state a claim upon which relief can be granted as to
5  the third and fourth causes of action and pursuant to 12(e); additionally, various
6  allegations in the FAC should be stricken pursuant to Rule 12(f), including the
7  allegations that:

   1. Plaintiff is bringing the action as a private attorney general (FAC ¶7)
   2. Plaintiff is entitled to nominal damages under the ADA (FAC ¶8, p. 4, ln. 20)
   3. Plaintiff is entitled to attorney's fees as a *pro per* (FAC, p. 4, ln. 21)
   4. Plaintiff is entitled to request an order for a business closure (FAC, p. 6, lns. 18-19; p. 7, lns. 24-25)
   5. Plaintiff is entitled to punitive damages. (FAC ¶64, and p. 6, lns. 18-19)

18  Such allegations must be stricken and the third and fourth claims should be
19  dismissed.
20  This motion is made following the conference by defense counsel that took
21  place on May 22, 23, and 24, 2019.  As of May 10, 2019, plaintiff Peter Strojnik
22  was disbarred and is no longer a licensed attorney, and is thus a *pro se* plaintiff.
23  This motion is based on this Notice of Motion and Motion; the
24  Memorandum of Points and Authorities filed herewith; the Declaration of Nadia P.
25  / / /
26  / / /
27  / / /
28  / / /

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1  Bermudez filed herewith; the Request for Judicial Notice filed herewith; the
2  papers, records, and pleadings on file in this action; and upon such evidence and
3  argument as may be presented before or at the hearing on this matter.

KLINEDINST PC

DATED: May 30, 2019          By:  /s/Nadia P. Bermudez
                                  Nadia P. Bermudez
                                  Lindsey N. Casillas
                                  Attorneys for Defendant
                                  EVANS HOTELS, LLC dba THE
                                  LODGE AT TORREY PINES

17616422v1