Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>　　　　Defendant.<br><br>Evans Hotels, LLC,<br><br>　　　　Counter-Claimant,<br><br>　v.<br><br>Peter Strojnik (Sr.),<br><br>　　　　Counter-Defendant. | Case No. 19-cv-0650-BAS-BGS<br><br>**NOTICE OF MOTION AND MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927**<br><br>Date:　　Monday, August 26, 2019<br>Time:　　n/a<br>Courtroom:　4B<br>Judge:　　Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Bernard G. Skomal<br>Complaint Filed: April 05, 2019<br>Trial Date:　None set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT on August 26, 2019, or as soon thereafter as the matter may be heard in Courtroom 4A of the above-entitled court located at 221 West Broadway, San Diego, California 92101, Defendant EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines (hereinafter, "Defendant") will move the Court for an order: (1) declaring Strojnik a vexatious litigant; (2) requiring him to obtain leave of court before making further filings in this case and properly identify himself as a non-lawyer; (3) requiring Strojnik obtain approval from this Court before filing any new suit under the ADA and/or relating to disability law compliance in this Court, and when seeking such approval from this Court, he shall provide a copy of the complaint to the potential defendant; and (4) requiring Strojnik to pay Evans Hotels' attorneys' fees for bringing this motion, not to exceed $4,000.00.

Peter Strojnik is a *pro se* plaintiff and therefore no pre-filing conference is required regarding this motion.

The Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice and attached Appendix of Exhibits, the Declaration of Nadia P. Bermudez and exhibits attached thereto, the records and pleadings on file herein, and any further evidence and argument that the Court may receive at or before the hearing.

KLINEDINST PC

DATED: July 19, 2019

By: */s/ Nadia P. Bermudez*
Nadia P. Bermudez
Lindsey N. Casillas
Attorneys for Defendant
EVANS HOTELS, LLC erroneously sued as THE LODGE AT TORREY PINES

17617629v1