

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Cynthia Bashant

| FROM: S. Dunbar, Deputy Clerk | RECEIVED DATE: August 2, 2019 |
|---|---|
| CASE NO. 19-cv-00650-BAS-BGS | DOC FILED BY: Peter Strojnik, Sr. |
| CASE TITLE: Strojnik v. Torrey Pines Club Corporation | |
| DOCUMENT ENTITLED: Acceptance of Offer of Judgment | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.2 - Missing Proof of Service;

The Clerk of the Court shall not enter judgment based on this document. The Court will issue an order regarding Plaintiff's filing.

Date Forwarded:  August 2, 2019

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  August 12, 2019          CHAMBERS OF:  The Honorable Cynthia Bashant

cc: All Parties          By: _____
Hon. Cynthia Bashant
United States District Judge