# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, Sr.<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EVANS HOTELS, LLC dba THE LODGE AT TORREY PINES,<br><br>　　　　　　　　Defendant. | Case No. 19-cv-0650-BAS-BGS<br><br>**ORDER REQUESTING SUPPLEMENTAL INFORMATION FROM DEFENDANT EVANS REGARDING PLAINTIFF'S ACCEPTANCE OF A RULE 68 OFFER OF JUDGMENT**<br><br>**[ECF No. 18]** |

　　　　Pursuant to Federal Rule of Civil Procedure 68(a), *pro se* Plaintiff Peter Strojnik has filed a document which appears to show that counsel for Defendant Evans Hotels, LLC dba The Lodge at Torrey Pines ("Evans") made an offer to Plaintiff on July 19, 2019 to pay $500 in "complete satisfaction of all liability, damages, injuries, and claims against Defendant" in this action, accruing as of the date of the offer. (ECF No. 18 Ex. 1 at 2.) Under the offer, the entry of judgment will not constitute an adnission of liability by Evans and its only condition is that Plaintiff accept the offer within 14 days in accordance with Rule 68. (*Id*.) Plaintiff states that he accepted this offer on July 31, 2019 in a signed notice mailed to the Court on the same day and "[c]opy-emailed" to Evans's counsel on the same day. (*Id*.)

|    |    |
|---|---|
| 1  | Having reviewed the document, the Court will not direct the Clerk of the Court |
| 2  | to enter judgment until the veracity of the document is confirmed by Defendant Evans. |
| 3  | The Court **ORDERS** Defendant Evans to confirm whether it made the offer reflected |
| 4  | in ECF No. 18 and, if so, whether Plaintiff timely served his acceptance. Evans |
| 5  | **SHALL FILE** a notice with the requested information **no later than August 13,** |
| 6  | **2019,** which may include any supporting documentation. The Clerk of the Court |
| 7  | **SHALL NOT ENTER** any judgment on Plaintiff's claims against Evans until further |
| 8  | order of this Court. |
| 9  | **IT IS SO ORDERED.** |
| 10 | **DATED: August 12, 2019** |

Hon. Cynthia Bashant
United States District Judge