Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>    Plaintiff,<br><br>    v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>    Defendant.<br><br>Evans Hotels, LLC,<br><br>    Counter-Claimant,<br><br>    v.<br><br>Peter Strojnik (Sr.),<br><br>    Counter-Defendant. | Case No. 19-cv-0650-BAS-BGS<br><br>**DEFENDANT EVANS HOTEL LLC'S SUPPLEMENTAL INFORMATION RE NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT**<br><br>Courtroom:  4B<br>Judge:  Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Bernard G. Skomal<br>Complaint Filed: April 05, 2019<br>Trial Date:    None set |

On August 12, 2019, this Court issued an Order [ECF 19] requesting that Defendant Evans Hotels, LLC ("Defendant Evans Hotels") confirm the veracity of the Rule 68 Offer of Judgement filed by Plaintiff. [ECF 18.] Defendant Evans Hotels hereby confirms that pleadings filed as ECF 18 are true and correct and that acceptance of the Offer was timely.

Further, Defendant Evans Hotels notes that the Rule 68 Offer of Judgement does not impact the counter-claim action and that Defendant Evans Hotels' Motion to Declare Peter Strojnik a vexatious litigant is still pending before the Court. Defendant respectfully requests that the Court rule on this motion under its inherent power to regulate the activities of abusive litigants.[1]

KLINEDINST PC

DATED: August 13, 2019     By: /s/Nadia P. Bermudez
                              Nadia P. Bermudez
                              Lindsey N. Casillas
                              Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

---

[1] Evans Hotels has recently received notice that Mr. Strojnik has filed another claim against a third Evans Hotels property – the Catamaran Resort Hotel and Spa. *Peter Strojnik (Sr.) v. Marla K. Hicks Trust dba Catamaran Resort Hotel and Spa*, 19 cv 1446-GPC-MSB; see also Counter Claim [ECF 11]. Evans Hotels intends to file a Notice of Related Actions regarding these cases.