Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>    Plaintiff,<br><br>v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>    Defendant.<br><br>Evans Hotels, LLC,<br><br>    Counter-Claimant,<br><br>v.<br><br>Peter Strojnik (Sr.),<br><br>    Counter-Defendant. | Case No. 19-cv-0650-BAS-BGS<br><br>**DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927**<br><br>Courtroom: 4B<br>Judge:    Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Bernard G. Skomal<br>Complaint Filed: April 05, 2019<br>Trial Date:    None set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

I, Nadia P. Bermudez, do hereby declare:

1. I am an attorney at law duly licensed to appear before all courts in the state of California and am a shareholder with the law firm of Klinedinst PC, who is representing Defendant and Counter-Claimant EVANS HOTELS, LLC sued erroneously as THE LODGE AT TORREY PINES (hereinafter "Evans Hotels") in the above-captioned action.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. Filed concurrently with this Declaration and in support of Evans Hotels' Motion for an Order Declaring Plaintiff a Vexatious Litigant and for Sanctions Pursuant to 28 U.S.C. § 1927, is a Supplemental Request for Judicial Notice.

4. Exhibit "11" to the Supplemental Request for Judicial Notice is a true and correct copy of Defendant IA Lodging Napa First LLC, dba Andaz Napa's Motion for an Order Declaring Plaintiff Peter Strojnik (Sr.) a Vexatious Litigant and for a Prefiling Order pursuant to 28 U.S.C. § 1651 filed August 6, 2019 in U.S. District Court, Northern District of California case titled *Peter Strojnik (Sr.) v. IA Lodging Napa First LLC dba Andaz Napa,* Case No. 4:19-cv-03983-DMR..

5. Exhibit "12" to the Supplemental Request for Judicial Notice is a true and correct copy of Defendant Hyatt Franchising, L.L.C.'s Motion Declaring Plaintiff Peter Strojnik (Sr.) a Vexatious Litigant and for a Prefiling Order pursuant to 28 U.S.C. § 1651 filed August 8, 2019 in U.S. District Court,

///

///

///

Northern District of California case titled *Peter Strojnik (Sr.) v. Hyatt International Corporation dba Hyatt Carmel Highlands,* Case No. 19-cv-03006-NC.

    I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

DATED: July 19, 2019          */s/ Nadia P. Bermudez*
                                    Nadia P. Bermudez

18068592.1

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101