# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Judge Cynthia Bashant

| FROM: S. Dunbar, Deputy Clerk | RECEIVED DATE: August 22, 2019 |
|---|---|
| CASE NO. 19-cv-00650-BAS-BGS | DOC FILED BY: Peter Strojnik, Sr. |
| CASE TITLE: Strojnik v. Torrey Pines Club Corporation ||
| DOCUMENT ENTITLED: Satisfaction of Judgment ||

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.2 - Missing Proof of Service;

Date Forwarded: August 22, 2019

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: September 4, 2019     CHAMBERS OF: The Honorable Judge Cynthia Bashant

cc: All Parties     By: s/ Law Clerk