NUNC PRO TUNC
1/02/20

**FILED**
Jan 03 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ Julieo   DEPUTY

Peter Strojnik (Sr.)
7847 N. Central Ave.
Phoenix, Arizona 85020
Telephone: (602) 524-6602
PS@strojnik.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Peter Strojnik, (Sr.)<br><br>Plaintiff,<br><br>vs.<br><br>EVANS HOTELS, LLC,<br><br>Defendant. | Case No: 3:19-cv-00650-BAS- AHG<br><br>**MOTION TO APPEAR BY TELEPHONE FOR STATUS (INITIAL SCHEDULING) CONFERENCE**<br><br>Conference date: January 8th, 2020<br>Conference time: 2:00 PM<br>Judge: Magistrate Judge Allison H. Goddard<br><br>Complaint Filed: April 5, 2019 |

Plaintiff is a single man currently residing in Maricopa County, Arizona. Plaintiff is currently experiencing significant pain associated with his a severe right-sided neural foraminal stenosis with symptoms of femoral neuropathy, and would find it medically difficult if not impossible to travel from his home in Phoenix to San Diego. Therefore, Plaintiff respectfully request that he be permitted to appear at the January 8, 2020 conference telephonically as an act of ADA accommodation. A telephonic appearance will conserve resources for all parties. Plaintiff will make all necessary arrangements approved by the Court.

DATED this 31st day of December, 2019.

**PETER STROJNIK**

_____
Peter Strojnik
Plaintiff

The original was mailed for filing to the United States District Court Southern District of California.

Peter Strojnik
7847 N Central Avenue
Phoenix, Arizona 85020

PHOENIX AZ 850

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

RECEIVED
JAN 0 2 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

92101-380620