

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9         SOUTHERN DISTRICT OF CALIFORNIA
10

11    PETER STROJNIK, SR.,                    Case No.: 3:19-cv-00650-BAS-AHG

12              Plaintiff/Counter-Defendant,  **ORDER:**

13    v.                                       **(1) DENYING PLAINTIFF'S**
                                               **MOTION TO APPEAR**
14    EVANS HOTELS, LLC,                       **TELEPHONICALLY;**

15              Defendant/Counter-Claimant.

16                                             **(2) CONTINUING EARLY**
                                               **NEUTRAL EVALUATION**
17                                             **CONFERENCE; and**

18
                                               **(3) MODIFYING CASE**
19                                             **MANAGEMENT CONFERENCE TO**
                                               **BE TELEPHONIC**
20
21                                             **[ECF No. 60]**
22

23          The Early Neutral Evaluation Conference ("ENE") and Case Management

24    Conference ("CMC") in this matter are currently set for January 8, 2020 before Magistrate

25    Judge Allison H. Goddard. On December 24, 2019, Plaintiff, who is proceeding *pro se*,

26    submitted his Confidential ENE Statement to Judge Goddard via email as required.

27    However, Plaintiff's Confidential ENE Statement contained a request to appear at the ENE

28    telephonically. Court staff instructed Plaintiff to file such a request as a motion and

cautioned him that Judge Goddard would be unlikely to permit telephonic attendance by a named party, particularly given his *pro se* status.

Responding to a follow-up email inquiry by the Court, Plaintiff notified the Court on December 31, 2019 that he had mailed his motion for telephonic attendance that same day and attached a copy of the motion to his email. After reviewing the motion, and to avoid *ex parte* communication or surprise to Defendant, the Court notified both Plaintiff and defense counsel of its intended ruling on the motion on December 31, 2019. Plaintiff's Motion was filed on January 3, 2020. ECF No. 60. Therefore, the Court now memorializes its prior ruling with this Order.

The Court **DENIES without prejudice** Plaintiff's Motion to attend the ENE telephonically. According to the Motion, "Plaintiff is currently experiencing significant pain associated with his [] severe right-sided neural foraminal stenosis with symptoms of femoral neuropathy, and would find it medically difficult if not impossible to travel from his home in Phoenix to San Diego." ECF No. 60. Plaintiff has been aware since at least September 30, 2019, when the Court first reset the ENE and CMC following transfer, that the Court requires personal attendance of all named parties at the ENE. ECF No. 42. The Court is thus disinclined to grant any request to attend telephonically absent extraordinary circumstances. However, it is clear at this juncture that Plaintiff has made no plans to travel to attend the ENE in person, and the Motion indicates that it may in fact be physically impossible for him to do so. Therefore, in the interest of efficiency and fairness to both sides, the Court will **CONTINUE** the ENE to **March 4, 2020** at **9:30 AM**. **In-person attendance at the ENE will be required** unless Plaintiff can provide a doctor's note stating that he is physically unable to travel, which the Court must **receive** no later than **February 21, 2020**. The parties may, but are not required to, submit updated Confidential ENE Statements by **February 28, 2020**. Otherwise, the Court will rely on the ENE Statements previously submitted in preparation for the January 8th ENE.

In contrast to an ENE, in-person appearances are not vital to a CMC. The Court sees no reason to further delay discovery and the scheduling of pretrial deadlines in this matter.

Therefore, the Court **MODIFIES** the in-person CMC to a **Telephonic CMC** on **January 8, 2020** at **2:30 PM**. Plaintiff and counsel for Defendant shall call the chambers teleconference line at **1-877-873-8018** and use **8367902** as the access code to join the conference. The parties' deadline of **January 6, 2020** to file their Joint Case Management Statement in preparation for the CMC remains in place.

The parties must abide by all other mandatory procedures set forth in the Court's initial Order resetting the ENE and CMC following the transfer of the case. ECF No. 42.

**IT IS SO ORDERED.**

Dated: January 3, 2020

Honorable Allison H. Goddard
United States Magistrate Judge