NUNC PRO TUNC
1/13/2020

**FILED**

1/14/2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ s/ Julieo _____ DEPUTY

1  Peter Strojnik (Sr.),
2  7847 N. Central Avenue
   Phoenix, Arizona 85020
3  Telephone:  (602) 524-6602
   ps@strojnik.com
4

5              **UNITED STATES DISTRICT COURT**
              **SOUTHERN DISTRICT OF CALIFORNIA**
6

7                                      Case No: 19-cv-0650 BAS BGS

8  PETER STROJNIK,                     **MOTION FOR SANCTIONS**
                                       **AGAINST NADIA BERMUDEZ**
                          Plaintiff,   **FOR UNAUTHORIZED USE OF**
9                                      **PLAINTIFF'S E-SIGNATURE ON**
10             vs.                     **JOINT CASE MANAGEMENT**
                                       **STATEMENT DKT. at 62**
11 EVANS HOTELS, LLC DBA THE
   LODGE AT TORREY PINES
12

13
                          Defendant.
14  _____

15 EVANS HOTELS, LLC,
                    Counter-Claimant,
16

17             vs.

18 PETER STROJNIK,
                    Counter-Defendant.
19  _____

20        On January 6, 2020, at 1:11 am Arizona time, Strojnik forwarded to Nadia
21 Bermudez ("Bermudez") the Joint Case Management Statement that was due to be filed
22 that day. Exhibit 1. Bermudez responded with a request to "resend your version in Word"
23 so that she could add "changes to the section on discovery." *Id.* Strojnik complied,
24 requesting however "*to see the final version before filing*". *Id.*
25        On the same day, at 2:26 pm, Bermudez forwarded her changes to Strojnik,
26 advising that she "will be filing the attached today at 3 pm." Exhibit 2.
27        Strojnik did not review Bermudez' e-mail until 4:10 pm AZ time (3:10 CA time).
28 *Id.* He immediately sent an e-mail to Bermudez requesting, "[d]o not file anything until I

1    review it". *Id.* Bermudez responded at 4:10 pm AZ time (3:10 pm CA time), "Not having

2    heard from you by 3, the Joint Statement has been filed".

3            Upon review of the "Joint" Case Management Statement, Strojnik noted that

4    Bermudez did not make any "changes to the section on discovery". Instead, she added a

5    whole new section stating:

6    21. **Other Matters:**

7            ***Counter-Claimant Evans Hotels:*** As noted above, Judge Bashant ordered
         Strojnik to undergo an Independent Medical Examination which cannot be
8        performed until February 19th at the earliest. Therefore, Evans Hotels seeks
         to have the evidentiary hearing continued to occur no sooner than four weeks
9        after the IME to give the parties time to obtain the IME report. Strojnik has
10       refused to stipulate to continuing the evidentiary hearing and has refused to
         provide a selected date of the three offered for his IME. Accordingly, Evans
11       Hotels will need to file an ex parte motion seeking a change to the evidentiary
12       hearing date as well as confirming Strojnik's IME date.

13           This statement was, at best, misleading[1]. Therefore, Strojnik added the following

14   section to correctly state the facts:

15           ***Strojnik*** notes that no Rule 35 Order has been issued. Strojnik further notes
         that he has not refused to undergo timely Rule 35 IME, but also notes that
16       Evans has failed to select a physician who can perform the IME prior to the
17       hearing. Strojnik insists on having the hearing on February 19, 2020.

18

19           Exhibit 3. Strojnik emailed the corrected Joint Statement to Bermudez at 4:26 AZ

20   time (3:26 CA time), advising Bermudez that she had "no authority to file it"…and to

21   "[f]ile the attached" corrected version. Bermudez responded, "we already filed it.

22   Therefore, we will not file any other version of it". Strojnik responded, "Well, Nadia, you

     just committed fraud. My signature was not authorized. You had better fix this."

23           Bermudez never fixed it.

24           By affixing Strojnik's signature on an unauthorized court paper Bermudez avowed

25   to the Court that the Statement was "joint". It was not. This could have been viewed as a

26   simple error when it occurred. However, when Bermudez was advised that the signature

27

28   [1] *See* Exhibit 4, e-mail string regarding Bermudez' failure to arrange for IME *prior* to the
     hearing on February 19.

                                                    2

1  was not authorized but refused to correct it, the error became intentional. Sanctions are

2  warranted.

3          DATED January 7, 2020.

4                                              **PETER STROJNIK**

5

6                                              Plaintiff

7

8  (To Be) Mailed to Court on January 8, 2020.

9  Copies distributed by email this January 7, 2020, to:

10  Honorable Magistrate Judge Goddard this 24th day of December 2019
    efile_goddard@casd.uscourts.gov
11

12  and

13  Nadia P. Bermudez, Bar No. 216555
    KLINEDINST PC
14  501 West Broadway, Suite 600
    San Diego, California 92101
15  nbermudez@klinedinstlaw.com
    Counsel for Defendant
16

17  /s/

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

1/7/2020                                    Strojnik P.C. Mail - (1) Evans (2) Braemer

                                            Peter Strojnik <ps@strojnik.com>

## (1) Evans (2) Braemer
3 messages

---

**Peter Strojnik** <ps@strojnik.com>                          Mon, Jan 6, 2020 at 1:11 AM
To: "Nadia P. Bermudez" <NBermudez@klinedinstlaw.com>

Hi, Nadia. Here is the Evansd JCMR and Braemer R22dM2D. Please file the joint statement and send me the filed copy.

Also, I will take time off the end of the month and early February, so please secure an IME Order for a time prior to January 25.

--
Cordially,



Peter Strojnik
STROJNIK
7847 N. Central Ave.
Phoenix, AZ 85020
Telephone: 602-524-6602
e-mail ps@strojnik.com
Twitter: @strojnikpeter

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

**2 attachments**

 **2020-01-06 JOINT STATEMENT.pdf**
170K

 **2020-01-06 R2M2D.pdf**
194K

---

**Nadia P. Bermudez** <NBermudez@klinedinstlaw.com>              Mon, Jan 6, 2020 at 8:56 AM
To: Peter Strojnik <ps@strojnik.com>

Could you resend your version in Word? I have changes to the section on discovery. You are correct about certain aspects of discovery.


**Nadia P. Bermudez**
Shareholder

Biography | Website | Locations


**Klinedinst San Diego**

 **KLINEDINST**
ATTORNEYS

501 W Broadway, Suite 600
San Diego, CA 92101

IRVINE, CA

LOS ANGELES, CA          (619) 239-8131 Phone
(619) 238-8707 Fax
SACRAMENTO, CA

SAN DIEGO, CA

SEATTLE, WA

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for
the individual or entity to which it is addressed and may contain information that is proprietary, privileged,
confidential, or otherwise exempt from disclosure under applicable Federal or State Law. If you are not the
named addressee or the employee or agent responsible for delivering this e-mail to the named addressee,
be advised that you have received this e-mail in error and you are prohibited from any dissemination,
distribution, or copying of this e-mail. If you believe that you have received this e-mail in error and did not
want to receive the same, please immediately contact the sender by reply e-mail, telephone, or facsimile to
be removed from future emails.
On Jan 6, 2020, at 12:12 AM, Peter Strojnik <ps@strojnik.com> wrote:

[Quoted text hidden]
<2020-01-06 JOINT STATEMENT.pdf>
<2020-01-06 R2M2D.pdf>

---

**Peter Strojnik** <ps@strojnik.com>                                    Mon, Jan 6, 2020 at 10:06 AM
To: "Nadia P. Bermudez" <NBermudez@klinedinstlaw.com>

Here you go. Please let me see the final version before filing.
[Quoted text hidden]

---

 **2020-01-06 JOINT STATEMENT.docx**
78K

EXHIBIT 2

1/7/2020                    Strojnik P.C. Mail - 2020-01-06 JOINT STATEMENT(18212417.1).docx


                                                                    Peter Strojnik <ps@strojnik.com>

## 2020-01-06 JOINT STATEMENT(18212417.1).docx
6 messages

**Nadia P. Bermudez** <NBermudez@klinedinstlaw.com>              Mon, Jan 6, 2020 at 2:26 PM
To: Peter Strojnik <ps@strojnik.com>
Cc: "Lindsey N. Casillas" <LCasillas@klinedinstlaw.com>, "Sonja L. Hill" <shill@klinedinstlaw.com>

Dear Mr. Strojnik,

We will be filing the attached today at 3 p.m.


Nadia

**Nadia P. Bermudez**
Shareholder

Biography | Website | Locations



IRVINE, CA

LOS ANGELES, CA

SACRAMENTO, CA

SAN DIEGO, CA

SEATTLE, WA

**Klinedinst San Diego**

501 W Broadway, Suite 600
San Diego, CA 92101

(619) 239-8131 Phone
(619) 238-8707 Fax

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise exempt from disclosure under applicable Federal or State Law. If you are not the named addressee or the employee or agent responsible for delivering this e-mail to the named addressee, be advised that you have received this e-mail in error and you are prohibited from any dissemination, distribution, or copying of this e-mail. If you believe that you have received this e-mail in error and did not want to receive the same, please immediately contact the sender by reply e-mail, telephone, or facsimile to be removed from future emails.

 **2020-01-06 JOINT STATEMENT(18212417.1).docx**
66K

**Peter Strojnik** <ps@strojnik.com>                            Mon, Jan 6, 2020 at 4:10 PM
To: "Nadia P. Bermudez" <NBermudez@klinedinstlaw.com>

Do not file anything until I review it.
[Quoted text hidden]
--
Cordially,



Peter Strojnik
STROJNIK
7847 N. Central Ave.
Phoenix, AZ 85020
Telephone: 602-524-6602
e-mail ps@strojnik.com
Twitter: @strojnikpeter

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

**Nadia P. Bermudez** <NBermudez@klinedinstlaw.com>                    Mon, Jan 6, 2020 at 4:19 PM
To: Peter Strojnik <ps@strojnik.com>, "Lindsey N. Casillas" <LCasillas@klinedinstlaw.com>, "Sonja L. Hill" <shill@klinedinstlaw.com>

Not having heard from you by 3, the Joint Statement has been filed.


**Nadia P. Bermudez**
Shareholder

Biography | Website | Locations




**Klinedinst San Diego**

IRVINE, CA

LOS ANGELES, CA

SACRAMENTO, CA

SAN DIEGO, CA

SEATTLE, WA

501 W Broadway, Suite 600
San Diego, CA 92101

(619) 239-8131 Phone
(619) 238-8707 Fax


NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise exempt from disclosure under applicable Federal or State Law. If you are not the named addressee or the employee or agent responsible for delivering this e-mail to the named addressee, be advised that you have received this e-mail in error and you are prohibited from any dissemination, distribution, or copying of this e-mail. If you believe that you have received this e-mail in error and did not want to receive the same, please immediately contact the sender by reply e-mail, telephone, or facsimile to be removed from future emails.
On Jan 6, 2020, at 3:11 PM, Peter Strojnik <ps@strojnik.com> wrote:


[Quoted text hidden]

**Peter Strojnik** <ps@strojnik.com>                                         Mon, Jan 6, 2020 at 4:26 PM
To: "Nadia P. Bermudez" <NBermudez@klinedinstlaw.com>

You had no authority to file it. File the attached.

[Quoted text hidden]

___

📄 **2020-01-06 JOINT STATEMENT(18212417.1).pdf**
   175K

---

**Nadia P. Bermudez** <NBermudez@klinedinstlaw.com>                          Mon, Jan 6, 2020 at 5:06 PM
To: Peter Strojnik <ps@strojnik.com>, "Sonja L. Hill" <shill@klinedinstlaw.com>, "Lindsey N. Casillas"
<LCasillas@klinedinstlaw.com>

Mr. Strojnik,
As noted, we already filed it.   Therefore, we will not file any other versions of it.

Nadia


**Nadia P. Bermudez**
Shareholder

Biography | Website | Locations


# Klinedinst.
### ATTORNEYS

IRVINE, CA

LOS ANGELES, CA

SACRAMENTO, CA

SAN DIEGO, CA

SEATTLE, WA

**Klinedinst San Diego**

501 W Broadway, Suite 600
San Diego, CA 92101

(619) 239-8131 Phone
(619) 238-8707 Fax


NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for
the individual or entity to which it is addressed and may contain information that is proprietary, privileged,
confidential, or otherwise exempt from disclosure under applicable Federal or State Law. If you are not the
named addressee or the employee or agent responsible for delivering this e-mail to the named addressee,
be advised that you have received this e-mail in error and you are prohibited from any dissemination,
distribution, or copying of this e-mail. If you believe that you have received this e-mail in error and did not
want to receive the same, please immediately contact the sender by reply e-mail, telephone, or facsimile to
be removed from future emails.
On Jan 6, 2020, at 3:26 PM, Peter Strojnik <ps@strojnik.com> wrote:


[Quoted text hidden]
    <2020-01-06 JOINT STATEMENT(18212417.1).pdf>

---

**Peter Strojnik** <ps@strojnik.com>                                         Mon, Jan 6, 2020 at 5:13 PM
To: "Nadia P. Bermudez" <NBermudez@klinedinstlaw.com>

Well, Nadia, you just committed fraud. My signature was not authorized. You had better fix this.
[Quoted text hidden]

EXHIBIT 3

1  Nadia P. Bermudez, Bar No. 216555
2  KLINEDINST PC
3  501 West Broadway, Suite 600
   San Diego, California 92101
4  (619) 239-8131/FAX (619) 238-8707
   nbermudez@klinedinstlaw.com
5
6  Lindsay N. Casillas, Bar No. 269688
   KLINEDINST PC
7  801 K Street, Suite 2100
   Sacramento, California 95814
8  lcasillas@klinedinstlaw.com
   (916) 444-7573/FAX (916) 444-7544
9
10 Attorneys for Defendant and Counter-
11 Claimant, EVANS HOTELS, LLC,
   erroneously sued as dba The Lodge At
12 Torrey Pines
13
14          **UNITED STATES DISTRICT COURT**
15         **SOUTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17 Peter Strojnik (Sr.), | Case No. 3:19-cv-00650-BAS-AHG |
| 18          Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT** |
| 19     v. | |
| 20 Evans Hotels, LLC dba The Lodge At Torrey Pines, | |
| 21          Defendant. | Courtroom:        4B |
| 22 | Judge:        Hon. Cynthia Bashant |
| | Magistrate Judge: Hon. Allison H. Goddard |
| 23 Evans Hotels, LLC, | Complaint Filed:  April 05, 2019 |
| | Trial Date:      None set |
| 24          Counter-Claimant, | |
| 25     v. | |
| 26 Peter Strojnik (Sr.), | |
| 27          Counter-Defendant. | |
| 28 | |

*(Left margin, vertical text):* KLINEDINST PC / 501 WEST BROADWAY, SUITE 600 / SAN DIEGO, CALIFORNIA 92101

1   Counter-Claimant Evans Hotels, LLC ("Counter-Claimant" or "Evans") and

2   Counter-Defendant Peter Strojnik (Sr.) ("Counter-Defendant" or "Strojnik")

3   (Counter-Claimant and Counter-Defendant, collectively the "Parties"), by and

4   through their undersigned counsel or in *pro per*, hereby submit this Joint Case

5   Management Statement.

6   **1.    Jurisdiction and Service:**

7   Counter-Claimant contends that the jurisdiction of this Court is invoked

8   pursuant to the Court's order that supplemental jurisdiction exists over this matter,

9   which is also related to: 3:19-cv-01446-BAS-AHG.  All parties have been served.

10  **2.    Facts:**

11  ***Counter-Claimant Evans Hotels:*** Counter-Defendant Strojnik has pursued

12  three claims based on alleged violations of the Americans with Disabilities Act

13  ("ADA") against Counter-Claimant Evans Hotels.  The ***first*** claim for damages by

14  Strojnik involved the Bahia Hotel, which was resolved before ligation commenced.

15  In or around August 15, 2018, Strojnik sent a letter to the Bahia Resort Hotel,

16  demanding a settlement in connection with alleged ADA related claims.  Like many

17  businesses facing those kinds of cases, Evans Hotels weighed the costs of defense as

18  higher than payment of a settlement.  However, in an effort to thwart future

19  frivolous lawsuits by Strojnik, Evans Hotels conditioned settlement upon a variety

20  of factors, including Strojnik's explicit promise not to patronize or enter any of

21  Evans Hotels' properties without the written consent of Evans Hotels' General

22  Counsel.  Strojnik agreed in writing but nonetheless knowingly sued Evans Hotels

23  two more times based on his "intent" to visit the Lodge and the Catamaran in the

24  future.

25  Despite the non-patronage provision, a ***second*** ADA case (this one) was filed

26  by Strojnik against the Lodge at Torrey Pines on April 5, 2019. [ECF No. 1.]  Evans

27  Hotels filed a Counter-Claim based on Strojnik's breach of a prior agreement that he

28  not patronize the Lodge (or any Evans Hotels property) and for failure of him to

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1 | provide certain consulting services.  Strojnik accepted an Offer of Judgment on his
2 | Complaint, but Evan Hotels' Counter-Claim was not dismissed [ECF No. 21.].

3 |      Strojnik then moved to dismiss the Counter-Claim—first, for lack of
4 | supplemental jurisdiction and, then, a second time for lack of subject matter
5 | jurisdiction.  Both arguments were denied by the Court.  The Court said: "Evans's
6 | counterclaims are plainly so related to the ADA claims Plaintiff raises against Evans
7 | for the alleged barriers Plaintiff alleges he encountered on December 8, 2018 at the
8 | Lodge that they form part of the same case or controversy."  Strojnik has also failed
9 | to file an answer to the Counter-Claim though being required to do so by the Court
10 | months ago.

11 |      Therefore, as to the <u>first cause of action</u> for breach of the Settlement
12 | Agreement, Evans Hotels contends that Strojnik breached the Settlement Agreement
13 | by violating the non-patronage clause when he (or his agent) physically visited the
14 | Lodge.  As to the <u>second cause of action</u>, for breach of the Consultant Agreement,
15 | Evans Hotels contends that Strojnik and Strojnik, P.C. breached the Consulting
16 | Agreement by failing to perform the services requested and for which payment was
17 | made.

18 | ***Strojnik*** denies the allegations. Strojnik secured judgment against Evans on
19 | the ADA claim. Dkt. at 22. Strojnik asserts that the Court has no pendent
20 | jurisdiction because the claim on which it was based was resolved in Strojnik's
21 | favor. Strojnik further claims that the forum selection clause in the contract calls for
22 | the contract action to be brought exclusively in California state court.

23 | **3.**   <u>**Legal Issues:**</u>

24 |      ***Counter-Claimant Evans Hotels:*** Counter-Claimant has identified the
25 | following as the principal disputed points of law:  All legal issues are in dispute.
26 | This is a standard breach of contract case with no novel legal issues.

27 |      ***Strojnik*** agrees.

28 | ///

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

4. **Motions:**

*__Counter-Claimant Evans Hotels:__*  Evans Hotels intends to file a Motion for Summary Judgment.  Additionally, Counter-Claimant filed a Motion to Declare Strojnik a Vexatious Litigant, which is pending before the Court.  The details of the status of the motion are as follows:  Counter-Defendant Peter Strojnik, a disbarred attorney from Arizona, lost his license to practice law based on his filing of thousands of baseless ADA lawsuits. Strojnik is now targeting businesses in California, Texas, Hawaii, New Mexico and Puerto Rico with dozens of frivolous ADA claims.  Accordingly, Evans Hotels (Braemar Partnership) filed a motion to declare Strojnik a vexatious litigant in this case.  The matter was heard on December 10, 2019.  At that hearing, the Court scheduled a further evidentiary hearing regarding the motion to declare Strojnik a vexatious litigant for February 19, 2020 to hear further evidence on two topics: 1.) whether Mr. Strojnik made false allegations in the complaint claiming that he was disabled and unable to access defendant's hotels from his wheelchair when in fact he had been videotaped briskly walking without the need of any mobility aids, much less the need for a wheelchair; and 2.) whether Strojnik impersonated a lawyer[1] in seeking an earlier settlement from the Counter-Claimant Evans Hotels.  Also at that hearing, Judge Bashant ordered Strojnik to undergo an Independent Medical Examination to test his alleged disabilities in advance of the evidentiary hearing. Pursuant to Judge Bashant's Order, Evans Hotels provided Strojnik with three potential IME examiners and Strojnik selected one.  However, the IME examiner selected by Strojnik does not have availability to perform the IME until February 19th at the earliest.  Therefore, Evans Hotels seeks to have the evidentiary hearing continued to occur no sooner than four weeks after the IME to give the parties time to obtain the IME report.

---

[1] Strojnik continues to use "Strojnik PC" (his law firm's name which should be defunct, but is not) in his communications with Counter-Claimant and contends that his communications are subject to "confidentiality" and are "privileged."

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

***Strojnik*** notes that he is the prevailing party on the ADA claim, Dkt. at 22. Ms. Bermudez continues her scandalous and impertinent[2] narrative as a furtive reconnaissance mission. She seeks to determine whether the memorable observation by the Honorable Judge Melinda Harmon apply here. In *Gilkerson v. Chasewood Bank*, 1 F.Supp .3d 570, 596-97 (S.D. Tex., 2014), Judge Harmon displayed_the courage to state what civil rights litigants know from experience:

> Testers have been an accepted and successful means of enforcing civil rights statutes under the Fair Housing Act and Title VII of the Civil Rights Act of 1964, although **a number of courts addressing Title III cases have been skeptical, and even hostile**. *See* Lee, *Giving Disabled Testers Access to Federal Courts*, 19 Va. J. Soc. Pol'y & L. at 321–23; Johnson, *Testers Standing up for Title III of the ADA*, 59 Case W. Res. L.Rev. at 689–702. "As a result of both the Attorney General's limited resources and the limited remedies available to Title III plaintiffs, 'most suits are brought by a small number of private plaintiffs who view themselves as champions of the disabled.' " *Betancourt v. Federated Dept. Stores*, 732 F.Supp. 2d 693, 701 (W.D.Tex.2010) *quoting Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1062 (9th Cir. 2007). (Emphasis supplied.)

Evans' strategy is not subtle. She is aware of a significant social undercurrent of segregationist hostile skepticism. By adding irrelevant and scurrilous disparagement she is simply attempting to awaken a potentially fertile ground.

5.    **Amendment of Pleadings:**

   ***Counter-Claimant Evans Hotels:*** Counter-Claimant does not intend to file any amendments to the pleadings at this time.

   ***Strojnik*** may file amended pleadings.

   ///

6.    **Evidence Preservation:**

---

[2] Allegation is "impertinent" if it is not responsive or relevant to the issues; it is "scandalous" if it improperly casts a derogatory light on someone. *Wilkerson v. Butler*, 229 F.R.D. 166, 170 (E.D. Cal. 2005)

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1    The parties have reviewed the Checklist for Rule 26(f) Meet and Confer

2 Regarding Electronically Stored Information ("ESI"). The parties do not believe

3 that this case has significant ESI.

4 **7.   Disclosures:**

5    *Counter-Claimant Evans Hotels:* Counter-Claimant Evans Hotels has served

6 its Initial Disclosures.

7 **8.   Discovery:**

8    *Counter-Claimant Evans Hotels' Scope of Discovery:*  Evans Hotels intends

9 to take the deposition of Strojnik and basic written discovery, including Request for

10 Admissions, Requests for Production of Documents and Interrogatories.

11 Additionally, for purposes of the Motion to Declare Strojnik a vexatious litigant, the

12 Court has authorized an Independent Medical Examination in advance of the

13 evidentiary hearing. Consistent with Judge Bashant's Order, Evans Hotels provided

14 Strojnik with three potential IME examiners and Strojnik selected one.  However,

15 the IME examiner selected by Strojnik does not have availability to perform the

16 IME until February 19th at the earliest which is the same date the evidentiary hearing

17 is currently scheduled for.  Therefore, Evans Hotels seeks to continue the

18 evidentiary hearing to occur no sooner than four weeks after the IME to give the

19 parties time to obtain the IME report.

20    *Strojnik's Scope of Discovery:* Strojnik propounded discovery on Evans on

21 December 14, 2019 relating to vexatious litigant motion. Based on the fact that

22 Evans never had any basis for filing the vexatious litigant motion, and thus truthful

23 answers to Strojnik's discovery would confirm lack of all pre-filing due diligence,

24 Strojnik expects Evans not to respond. With respect to the independent medical

25 examination, the Court is yet to issue a Rule 35 Order.

26    Strojnik propounded discovery on Evans on December 14, 2019 relating to

27 vexatious litigant motion. Based on the fact that Evans never had any basis for filing

28 the vexatious litigant motion, and thus truthful answers to Strojnik's discovery

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

would confirm lack of all pre-filing due diligence, Strojnik expects Evans not to respond.

**9.    Related Cases:**

*Counter-Claimant Evans Hotels:* This case is related to: 3:19-cv-01446-BAS-AHG.

*Strojnik* disagrees that 3:19-cv-01446-BAS-AHG is related.

**10.    Relief:**

*Counter-Claimant Evans Hotels:* Counter-Claimant Evans Hotels seeks monetary damages, plus costs and fees.

**11.    Settlement:**

An ENE was initially scheduled for January 8, 2020, but it has been continued.  Statements were filed on January 3, 2020.

**12.    Consent to Magistrate Judge for all Purposes:**

The Parties do not consent to a Magistrate Judge for all purposes.

**13.    Other References:**

Not applicable.

**14.    Narrowing of Issues:**

***Counter-Claimant Evans Hotels:***  Evans Hotels contends that the Consultant Agreement and Settlement Agreement should be stipulated to as authentic and admissible.

***Strojnik*** disagrees and requires all evidence authenticated and admissible under federal rules of evidence.

**15.    Scheduling:**

| PROPOSED DATES: | *Counter-Claimant Evans* | *Counter-Defendant Strojnik* |
|---|---|---|
| *Expert Disclosures* | June 2020. | |
| *Discovery Cut-Off* | August 2020. | |
| *Motion Cut-Off* | September 2020. | |
| *Pre-Trial Conference* | October 2020. | |
| *Trial* | November 2020. | |

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

**16.   Trial:**

*Counter-Claimant Evans Hotels:* Counter-Claimant contends that this will be a 2 day trial before the Court.  *Strojnik* agrees.

**17.   Disclosure of Non-Party Interested Entities or Persons:**

*Counter-Claimant Evans Hotels:* Counter-Claimant contends that this will be a 2 day trial before the Court.  *Strojnik* agrees.

**18.   Professional Conduct:**

Only Counter-Claimant is represented by counsel.

**19.   Class Actions:**

Not applicable.

**20.   Patent Cases:**

Not applicable.

**21.   Other Matters:**

*Counter-Claimant Evans Hotels:*  As noted above, Judge Bashant ordered Strojnik to undergo an Independent Medical Examination which cannot be performed until February 19th at the earliest.  Therefore, Evans Hotels seeks to have the evidentiary hearing continued to occur no sooner than four weeks after the IME to give the parties time to obtain the IME report.  Strojnik has refused to stipulate to continuing the evidentiary hearing and has refused to provide a selected date of the three offered for his IME.  Accordingly, Evans Hotels will need to file an ex parte motion seeking a change to the evidentiary hearing date as well as confirming Strojnik's IME date.

*Strojnik* notes that no Rule 35 Order has been issued.  Strojnik further notes that he has not refused to undergo  timely Rule 35 IME, but also notes that Evans has failed to select a physician who can perform the IME prior to the hearing.  Strojnik insists on having the hearing on February 19, 2020.

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101



KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1

KLINEDINST PC

2

3

4   DATED: January 6, 2020        By: _____/s/Nadia P. Bermudez_____

5                                      Nadia P. Bermudez
                                       Lindsey N. Casillas
6                                      Attorneys for Counter-Claimant, EVANS
                                       HOTELS, LLC, erroneously sued as dba
7                                      The Lodge At Torrey Pines

8

9

10

11  DATED: January 6, 2020        By: _____/s/Peter Strojnik_____

12                                     Peter Strojnik
                                       Counter-Defendant
13

14  18212417.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 4

1/7/2020                                   Strojnik P.C. Mail - Strojnik v. Evans - IME

 **Peter Strojnik** <ps@strojnik.com>

---

# Strojnik v. Evans - IME
2 messages

---

**Lindsey N. Casillas** <LCasillas@klinedinstlaw.com>                Mon, Jan 6, 2020 at 12:05 PM
To: "ps@strojnik.com" <ps@strojnik.com>
Cc: "Nadia P. Bermudez" <NBermudez@klinedinstlaw.com>, "Sonja L. Hill" <shill@klinedinstlaw.com>, "Marjorie L. Fair"
<MFair@klinedinstlaw.com>

Mr. Strojnik,

Based on your selection of Dr. Greenfield, we have reached out to his office for his availability. Dr. Greenfield's first three available appointments are as follows:

- February 19, 2020 at 1:30p.m.
- February 27, 2020 at noon
- March 9, 2020 at 1p.m.

Please advise as soon as possible of your selection so we can reserve the date and time and obtain an Order for Examination containing the same.  Additionally, as these dates are all after the evidentiary hearing, please advise if you will stipulate to a continuance of the evidentiary hearing to occur no sooner than four weeks following the IME.

Best,

Lindsey

**Lindsey N. Casillas**
Counsel

Biography | Website | Locations



**Klinedinst Sacramento**

IRVINE, CA

LOS ANGELES, CA

SACRAMENTO, CA

SAN DIEGO, CA

SEATTLE, WA

801 K Street, Suite 2100
Sacramento, CA 95814

(916) 444-7573 Phone
(916) 444-7544 Fax

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise exempt from disclosure under applicable Federal or State Law. If you are not the named addressee or the employee or agent responsible for delivering this e-mail to the named addressee, be advised that you have received this e-mail in error and you are prohibited from any dissemination, distribution, or copying of this e-mail. If you believe that you have received this e-mail in error and did not want to receive the same, please immediately contact the sender by reply e-mail, telephone, or facsimile to be removed from future emails.

**Peter Strojnik** <ps@strojnik.com>                                    Mon, Jan 6, 2020 at 12:38 PM
To: "Lindsey N. Casillas" <LCasillas@klinedinstlaw.com>
Cc: "Nadia P. Bermudez" <NBermudez@klinedinstlaw.com>, "Sonja L. Hill" <shill@klinedinstlaw.com>, "Marjorie L. Fair" <MFair@klinedinstlaw.com>

Dear Lindsey:

*I* did not select Dr. Greenfield, *you* did. I find it rather careless that you selected an IME without first making sure that he would be available. I am anxious to put this case on and, therefore, will not be able to stipulate to reschedule the hearing.
[Quoted text hidden]
--
Cordially,



Peter Strojnik
STROJNIK
7847 N. Central Ave.
Phoenix, AZ 85020
Telephone: 602-524-6602
e-mail ps@strojnik.com
Twitter: @strojnikpeter

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.