1  Nadia P. Bermudez, Bar No. 216555
2  KLINEDINST PC
   501 West Broadway, Suite 600
3  San Diego, California 92101
4  (619) 239-8131/FAX (619) 238-8707
   nbermudez@klinedinstlaw.com
5
6  Lindsay N. Casillas, Bar No. 269688
   KLINEDINST PC
7  801 K Street, Suite 2100
8  Sacramento, California 95814
   (916) 444-7573/FAX (916) 444-7544
9
10 Attorneys for Defendant and Counter-
   Claimant, EVANS HOTELS, LLC,
11 erroneously sued as dba The Lodge At
   Torrey Pines
12

*(left margin, vertical text)* KLINEDINST PC · 501 WEST BROADWAY, SUITE 600 · SAN DIEGO, CALIFORNIA 92101

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>        Plaintiff,<br><br>    v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>        Defendant.<br>_____<br>Evans Hotels, LLC,<br><br>        Counter-Claimant,<br><br>    v.<br><br>Peter Strojnik (Sr.),<br><br>        Counter-Defendant. | Case No. 19-cv-0650-BAS-AHG<br><br>**EX PARTE APPLICATION TO CONTINUE EVIDENTIARY HEARING ON EVANS HOTELS, LLC'S MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927**<br><br>Date:        Wednesday, February 19, 2020<br>Time:        n/a<br>Courtroom: 4B<br>Judge:        Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Allison H. Goddard<br>Complaint Filed:  April 05, 2019<br>Trial Date:  March 23, 2021<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

- 1 -

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT as soon as the matter may be heard in Courtroom 4B of the above-entitled court located at 221 West Broadway, San Diego, California 92101, Counter-Claimant EVANS HOTELS, LLC, (hereinafter, "Evans Hotels") will move the Court for an order continuing the Evidentiary Hearing on its Motion for an Order Declaring Plaintiff a Vexatious Litigant and for Sanctions until a date at least four weeks after Plaintiff's Independent Medical Exam (IME). Evans Hotels further requests an order that Strojnik appear for an IME with Dr. Richard Greenfield on March 9, 2020.

## I.    **INTRODUCTION**

The Evidentiary Hearing regarding Evans Hotels' Motion for an Order Declaring Plaintiff a Vexatious Litigant and for Sanctions (the "Motion") is currently scheduled for February 19, 2020. Richard Greenfield, M.D., selected by Strojnik, does not have availability to conduct an IME before the Evidentiary Hearing on the Motion. Therefore, an IME for Plaintiff Peter Strojnik (Strojnik) has been reserved for March 9, 2020. Dr. Greenfield's office will require approximately two weeks after the IME to prepare a report. Thus, rescheduling the Evidentiary Hearing to a date no sooner than April 6, 2020 is requested.

## II.    **EX PARTE RELIEF IS APPROPRIATE HERE.**

### A.    *Procedural History of Case*

On July 22, 2019, Evans Hotels filed a motion to declare Peter Strojnik a vexatious litigant. [ECF No. 12.] After the matter had been fully briefed, on October 16, 2019, the Court issued an order setting oral argument on the motion to declare Peter Strojnik a vexatious litigant and Strojnik's motion to dismiss the Evans Hotels' Counter-Claim. [ECF No. 45.] The Court ordered that the motions be heard on November 16, 2019. [ECF No. 45.]

On November 5, 2019, the Court issued an order to continue the hearing in light of the Court's receipt of a request by Strojnik to appear telephonically.

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1   [ECF No. 50.]  The Court denied Strojnik's request and continued the hearing to

2   December 10, 2019.  [ECF No. 50.]

3         A hearing was held on December 10, 2019.  Following the hearing, the

4   Court issued the following Minute Order:

5         **Motion Hearing held on 12/10/2019 re [13] MOTION to Dismiss**
6         **Counterclaims for Lack of Supplemental Jurisdiction filed by**
        **Peter Strojnik, Sr., [44] Renewed MOTION to Dismiss**
7         **Counterclaims for Lack of Supplemental Jurisdiction filed by**
        **Peter Strojnik, Sr., [12] MOTION for an Order Declaring Plaintiff**
8         **a Vexatious Litigant MOTION for Sanctions Pursuant to 28**
        **U.S.C. Section 1927 filed by Evans Hotels, LLC. Court to issue**
9         **order. Defense request for an independent medical exam (IME)**
        **granted. Defense to provide 3 names within 2 weeks for an IME**
10        **in San Diego. Plaintiff to select and provide name for selected**
        **physician within 1 week. Evidentiary Hearing set for 2/19/2020**
11        **09:00 AM in Courtroom 4B before Judge Cynthia Bashant.**

12

13   [ECF No. 56.]

14         On December 24, 2019, Evans Hotels provided a list of three names for

15   Strojnik to select from for the IME.  (See, Declaration of Nadia P. Bermudez, Esq.

16   ["Bermudez Decl."], ¶3, Exhibit A.)  On Wednesday, December 31, 2019, Strojnik

17   indicated that he selected Dr. Richard Greenfield.  (*Id.* at, ¶ 3.)  Soon thereafter,

18   Evans Hotels' counsel contacted Dr. Greenfield's office regarding his first

19   availability.  (*Id.* at, ¶ 4.)  Unfortunately, his office reported that he did not have

20   any availability until the date of February 19, 2020—the same date as the

21   continued hearing date.  (*Id.*)  Evans Hotels' counsel was also informed that it

22   would take approximately 2 weeks to prepare an IME report.  (*Id.*)

23         On Monday, January 6, 2020, Evans Hotels informed Strojnik that that

24   Dr. Greenfield's soonest availability was: February 19, 27 and March 9, 2020.

25   (*Id.* at ¶ 5, Exhibit B.)  Mr. Strojnik was asked to select a date and to consider

26   stipulating to continuing the continued evidentiary hearing regarding the motion to

27   declare Strojnik a vexatious litigant.  (*Id.* at ¶ 5.)  He refused to do either.  (*Id.* at

28   ¶ 5.)

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

Based on Strojnik's selection of Dr. Greenfield, Evans Hotels confirmed Dr. Greenfield for March 9, 2020 and Evans Hotels informed Mr. Strojnik on January 15, 2020 that the date had been confirmed in order to provide him the most amount of time to plan for his travel to San Diego. (*Id.* at ¶ 6, Exhibit C.) Again, Strojnik declined to stipulate to continuing the motion hearing. (*Id.* at ¶ 6.)

### B.    *All Pre-Filing Requirements Have Been Met for this Ex Parte Motion.*

On January 6, 15, and 16, 2020, Evans Hotels asked Strojnik to stipulate to a continuance of this Motion hearing. (*Id.* at, ¶¶5-6.) Strojnik declined to stipulate. (*Id.*) Accordingly, this motion became necessary and good cause is shown.

### III.    CONCLUSION

Accordingly, good cause exists to continue the Evidentiary Hearing (currently scheduled for February 19, 2020) to a time 4 weeks after the IME for Plaintiff Peter Strojnik (Sr.) with Richard Greenfield, M.D., which is currently scheduled for March 9, 2020. Four weeks is necessary to accommodate an IME report to be drafted following the IME. As such, Evans Hotels respectfully requests that: (1) the continued Evidentiary Hearing take place no sooner than April 6, 2020; and (2) an order that Strojnik appear for an IME with Dr. Richard Greenfield on March 9, 2020.

KLINEDINST PC

DATED:  January 16, 2020              By:  */s/ Nadia P. Bermudez*
                                          Nadia P. Bermudez
                                          Lindsey N. Casillas
                                          Attorneys for Defendant
                                          EVANS HOTELS, LLC erroneously
                                          sued as THE LODGE AT TORREY
                                          PINES

18222113.1