# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, Sr.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EVANS HOTELS, LLC dba THE LODGE AT TORREY PINES,<br><br>　　　　　　　　Defendant. | Case No. 19-cv-00650-BAS-AHG<br><br>**ORDER:**<br><br>**(1) GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE EVIDENTIARY HEARING (ECF No. 67);**<br><br>　　**AND**<br><br>**(2) SETTING INDEPENDENT MEDICAL EXAMINATION** |

　　　On January 16, 2020, Defendant filed an Ex Parte Application to continue the evidentiary hearing set for February 19, 2020. (App., ECF No. 67.) Defendant states that a continuance is necessary because Plaintiff selected a doctor for his IME whose soonest availability is the same date of the hearing, but who requires two weeks to prepare the IME report in advance of the hearing. (App. at 3.) Despite this conflict, Plaintiff has refused to stipulate to continue the evidentiary hearing, and consequently Defendant unilaterally scheduled the IME for March 9, 2020 and informed Plaintiff of the appointment. (*Id.*) Plaintiff objects to the instant Application, now requesting that the Court rescind its order for an IME entirely because of the scheduling conflict. (ECF No. 69.)

Plaintiff's objection is meritless. Plaintiff expressly agreed to the IME during December 10, 2019 hearing. The Court then ordered an IME and established the procedures for selecting a medical professional to conduct it. Defendant has fully complied with this procedure.

Thus, good cause appearing, the Court **GRANTS** Defendant's Ex Parte Application and **CONTINUES** the evidentiary hearing to **April 10, 2020** at **10:00 a.m.** The Court further **ORDERS** Plaintiff to appear for the IME set for **March 9, 2020** at **1:00 p.m.** with Dr. Richard Greenfield at 3737 Moraga Avenue, Suite A106, San Diego, CA 92117.

**IT IS SO ORDERED.**

**DATED: January 22, 2020**

Hon. Cynthia Bashant
United States District Judge