Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
lcasillas@klinedinstlaw.wcom
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>     Plaintiff,<br><br>     v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>     Defendant.<br><br>Evans Hotels, LLC,<br><br>     Counter-Claimant,<br><br>     v.<br><br>Peter Strojnik (Sr.),<br><br>     Counter-Defendant. | Case No. 3:19-cv-00650-BAS-AHG<br><br>**STIPULATION TO CHANGE DATE OF PHYSICAL EXAMINATION**<br><br>Courtroom:       4B<br>Judge:              Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Allison H. Goddard<br>Complaint Filed: April 05, 2019<br>Trial Date:        March 23, 2021 |

1  Whereas, on January 22, 2020, this Court Ordered a physical examination of
2  plaintiff/counter-defendant Peter Strojnik, Sr. to be conducted by Dr. Richard
3  Greenfield on March 9, 2020 at 1:00 p.m..
4  Whereas, on January 23, 2020, plaintiff/counter-defendant Strojnik advised he
5  will be out of the country from March 2, 2020 to March 13, 2020 and requested his
6  appointment be moved.
7  Whereas, Dr. Richard Greenfield's next available appointment is March 18,
8  2020 at 12:30 p.m.
9  IT IS HEREBY STIPULATED AND AGREED, by and between
10 plaintiff/counter-defendant Peter Strojnik, Sr. and defendant/counter-claimant Evans
11 Hotels, LLC by and through its attorney of record, that the physical examination of
12 plaintiff/counter-defendant Peter Strojnik Sr. to be conducted by Dr. Richard
13 Greenfield is rescheduled on March 18, 2020 at 12:30 p.m.  The parties also agree
14 and stipulate that if an earlier appointment with Dr. Richard Greenfield becomes
15 available, plaintiff/counter-defendant Peter Strojnik shall make reasonable efforts to
16 be available for the early date.
17 **IT IS SO STIPULATED.**
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

KLINEDINST PC

DATED: January 27, 2020        By: /s/ *Lindsey N. Casillas*
                                    Nadia P. Bermudez
                                    Lindsey N. Casillas
                                    Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

DATED: January 27, 2020        By: _____
                                    Peter Strojnik, Sr.
                                    In Persona

18239878.1