Peter Strojnik (Sr.),
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EVANS HOTELS, LLC,<br>　　　　　　Counter-Claimant,<br><br>vs.<br><br>PETER STROJNIK,<br>　　　　　　Counter-Defendant.<br><br>―――――――――――――――<br>PETER STROJNIK,<br>　　　　　　Counter-Counter-Claimant,<br><br>v.<br><br>EVANS HOTELS, LLC,<br>　　　　　　Counter-Counter-Defendant | Case No: 3:19—cv-0650 BAS BGS<br><br>**NOTICE OF CORRECTION OF COURT'S STATEMENT ON DECEMBER 10, 2019** |

Moments ago Plaintiff was reminded by counsel that at the December 10, 2019 hearing, the Honorable Judge Bashant made the following statement:

> "At this point I would only be considering whether Mr. Strojnik made false allegation in the complaint claiming that he was disabled and unable to access defendant's hotels *from his wheelchair* when, in fact, he had been videotaped briskly walking without the need of any mobility aids, much less the need for a wheelchair" (Emphasis supplied)

Neither Ms. Bermudez who was present at the hearing, nor Plaintiff who was focused on the actual allegations in the complaint, caught this error. Neither Strojnik nor Bermudez brought this error to the attention of the Court.

The actual allegation in the Complaint [1] and FAC [3] are the same:

> 3. Plaintiff is a single man currently residing in Maricopa County, Arizona. Plaintiff is and, at all times relevant hereto has been, legally disabled by virtue of a severe right-sided neural foraminal stenosis with symptoms of femoral neuropathy, prostate cancer and renal cancer, degenerative right knee and is therefore a member of a protected class under the ADA and Unruh.
>
> 4. Plaintiff suffers from physical impairments described above which impairments substantially limit his major life activities. Plaintiff walks with difficulty and pain and requires compliant mobility accessible features at places of public accommodation. Plaintiff's impairment is constant, but the degree of pain is episodic ranging from dull and numbing pain to extreme and excruciating agony.

Since the court record is clear and the reference to *from his wheelchair* clearly erroneous, Plaintiff is obligated to so advise the Court. Plaintiff's complaint alleges ADA disability as defined in the 2008 ADA Amendment Act and 28 C.F.R. 36.105. No more no less.

Plaintiff is scheduled for an ADA Independent Medical Examination Dr. Richard Greenfield is rescheduled on March 18, 2020 at 12:30 p.m. It is expected that Dr. Greenfield will shed light on the three prongs of Plaintiff's ADA disability.

DATED this 6th day of January, 2020.

**PETER STROJNIK**

Plaintiff

The original mailed to the District Court this 6th day of January, 2020.

Copy emailed this 6th day of January, 2020 to:

Nadia P. Bermudez and Lindsay Casillas
nbermudez@klinedinstlaw.com
lcasillas@klinedinstlaw.com
Lawyers for Evans

/s/