Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
lcasillas@klinedinstlaw.com

Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>　　　　Plaintiff,<br><br>v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>　　　　Defendant.<br><br>Evans Hotels, LLC,<br><br>　　　　Counter-Claimant,<br><br>v.<br><br>Peter Strojnik (Sr.),<br><br>　　　　Counter-Defendant. | Case No. 19-cv-0650-BAS-AHG<br><br>**EVANS HOTELS' NOTICE OF MOTION AND MOTION TO STRIKE PER FRCP 12(f) OR ALTERNATIVELY A MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e)**<br><br>Date:　　　　April 6, 2020<br>Courtroom:　　4B<br>Judge:　　　　Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Allison H. Goddard<br>Complaint Filed: April 05, 2019<br>Trial Date:　　March 23, 2021<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO PLAINTIFF PETER STROJNIK (SR.):

NOTICE IS HEREBY GIVEN that on April 6, 2020, or as soon thereafter as counsel may be heard in Courtroom 4B of the above-entitled Court, Defendant Evans Hotels, LLC will move this court for motion to strike pursuant to Rule 12(f) or alternatively, for a more definite statement pursuant to Rule 12(e) to the Counter-Counter-Claim of Plaintiff Peter Strojnik (Sr.).

This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, all pleadings and papers on file in this action, and upon such other matters as may be presented to the court at the time of the hearing.

KLINEDINST PC

DATED: February 14, 2020     By:     /s/ Nadia P. Bermudez
Nadia P. Bermudez
Lindsey N. Casillas
Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

18293640.1

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

2     Case No. 19-cv-0650-BAS-AHG
NOTICE OF MOTION RE DEFENDANT'S MOTION TO STRIKE PER FRCP 12(f) AND MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e)