Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
lcasillas@klinedinstlaw.wcom
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>          Plaintiff,<br><br>     v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>          Defendant. | Case No. 3:19-cv-00650-BAS-AHG<br><br>**SECOND STIPULATION TO CHANGE DATE OF PHYSICAL EXAMINATION**<br><br>Courtroom:          4B<br>Judge:          Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Allison H. Goddard<br>Complaint Filed:  April 05, 2019<br>Trial Date:          March 23, 2021 |
| Evans Hotels, LLC,<br><br>          Counter-Claimant,<br><br>     v.<br><br>Peter Strojnik (Sr.),<br><br>          Counter-Defendant. | |

501 West Broadway, Suite 600
San Diego, California 92101
KLINEDINST PC

1      Whereas, on January 22, 2020, this Court Ordered a physical examination of

2  plaintiff/counter-defendant Peter Strojnik, Sr. to be conducted by Dr. Richard

3  Greenfield on March 9, 2020 at 1:00 p.m..

4      Whereas, on January 23, 2020, plaintiff/counter-defendant Strojnik advised he

5  will be out of the country from March 2, 2020 to March 13, 2020 and requested his

6  appointment be moved.

7      Whereas, Dr. Richard Greenfield's next available appointment was March 18,

8  2020 at 12:30 p.m. and it was agreed and stipulated to that plaintiff/counter-

9  defendant Strojnik would attend this appointment and that if an earlier appointment

10  became available plaintiff/counter-defendant Strojnik would make reasonable

11  efforts to accommodate the doctor's schedule, he would do so.

12      Whereas, Dr. Richard Greenfield's schedule opened up for February 20, 2020

13  at 12:00 pm and plaintiff/counter-defendant Strojnik has agreed to the new time and

14  date. Whereas, the scope of Dr. Greenfield examination shall be to determine

15  whether Mr. Strojnik's condition(s) fall within the definitions of "disability"

16  pursuant to 2008 ADA Amendment Act and 28 C.F.R. 36.105 and assess impact and

17  limitations on major life activities related thereto as related to allegations of

18  obstacles or ADA violations in complaint.

19      IT IS HEREBY STIPULATED AND AGREED, by and between

20  plaintiff/counter-defendant Peter Strojnik, Sr. and defendant/counter-claimant Evans

21  Hotels, LLC by and through its attorney of record, that the physical examination of

22  plaintiff/counter-defendant Peter Strojnik Sr. to be conducted by Dr. Richard

23  Greenfield is rescheduled on February 20, 2020 at 12:00 p.m. at 3737 Moraga

24  Avenue, Suite A106, San Diego, CA 92117.

25  / / /

26  / / /

27  / / /

28  / / /

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1    **IT IS SO STIPULATED.**

2                                                 KLINEDINST PC

3

4    DATED:  February __18__, 2020    By: _____

5                                                 Nadia P. Bermudez

6                                                 Lindsey N. Casillas
     Attorneys for Defendant and Counter-
7                                                 Claimant, EVANS HOTELS, LLC,
     erroneously sued as dba The Lodge At
8                                                 Torrey Pines

9

10

11

12    DATED:  February 14, 2020    By: _____

13                                                 Peter Strojnik, Sr.
     In Persona
14    18293655.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101