# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, Sr., <br><br>                  Plaintiff,<br><br>   v.<br><br>EVANS HOTELS, LLC dba THE LODGE AT TORREY PINES,<br><br>                  Defendant.<br><br>EVANS HOTELS, LLC,<br><br>                  Counter-Claimant,<br><br>   v.<br><br>PETER STROJNIK (SR.),<br><br>                  Counter-Defendant. | Case No. 19-cv-00650-BAS-AHG<br><br>**ORDER GRANTING SECOND STIPULATION TO CHANGE DATE OF PHYSICAL EXAMINATION**<br><br>**[ECF No. 82]** |

     Before the Court is the parties' second stipulation to change the date of the independent medical examination ("IME"). (ECF No. 82.) The parties indicate that an earlier appointment has become available and now jointly request to reschedule the IME to February 20, 2020 at 12:00 p.m. (*Id.*) Good cause appearing, the Court **ORDERS** Plaintiff to appear for the IME set for **February 20, 2020** at **12:00 p.m.** with Dr. Richard Greenfield at 3737 Moraga Avenue, Suite A106, San Diego, CA 92117.

     **IT IS SO ORDERED.**

**DATED: February 19, 2020**

Hon. Cynthia Bashant
United States District Judge