NUNC PRO TUNC
2/26/20

Peter Strojnik (Sr.),
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

**FILED**
Feb 28 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ darcig   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| PETER STROJNIK (SR.), | Case No: 3:19-cv-00650-BAS-AHG |
| Plaintiff/Counter-Defendant, | **MOTION TO CONTINUE ENE** |
| vs. |   |
| EVANS HOTELS, LLC, |   |
| Defendant/ Counter-Claimant. |   |

Plaintiff has previously arranged to be out of the country between March 2nd and March 14, 2020. Therefore, he respectfully requests a continuance of the ENE to a time convenient to the Court.

RESPECTFULLY SUBMITTED this 25th day of February, 2020.

PETER STROJNIK

Plaintiff

Emailed to Defense Counsel and Mailed to the Southern District of California this 25th day of February, 2020.

