

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br>     Plaintiff/Counter-Defendant, <br> v. <br> EVANS HOTELS, LLC, <br>     Defendant/Counter-Claimant. | Case No.: 3:19-cv-00650-BAS-AHG <br><br> **ORDER TO SHOW CAUSE** |

On January 3, 2020, the Court reset the January 8, 2020 Early Neutral Evaluation ("ENE") in this case for March 4, 2020 rather than granting Plaintiff's request to appear by telephone due to Plaintiff/Counter-Defendant's ("Plaintiff") inability to travel from Phoenix to San Diego because of significant pain. ECF No. 61. The Court also modified the Case Management Conference ("CMC") to be telephonic to accommodate Plaintiff's inability to travel, and the CMC took place as scheduled on January 8th. ECF No. 63.

After the Court reset the ENE on January 3rd, and unbeknownst to the Court, Plaintiff planned a vacation cruise. The cruise was booked on January 22, 2020 and was scheduled to take place between March 2 and March 14, 2020, dates which conflicted with the existing ENE date. On February 25, 2020, more than a month after booking the cruise and only one week before the scheduled ENE, Plaintiff submitted a motion to continue the ENE because he had "previously arranged to be out of the country" on the ENE date.

ECF No. 90. Plaintiff provided no additional information in the motion. The Clerk's Office received the motion by mail on February 26, 2020, but it was not received in chambers until February 28, 2020. The Court found that Plaintiff failed show good cause to reset the hearing and otherwise failed to comply with any of Judge Goddard's requirements for seeking a continuance of an ENE. *See* ECF No. 91. Further, when chambers staff requested additional information from Plaintiff to ascertain whether good cause nevertheless existed, Plaintiff initially refused to expound on the information contained in the motion but eventually informed the Court that the booking was made on January 22, 2020. Therefore, the Court denied the motion due to non-compliance with chambers rules and failure to meet the "good cause" standard of Fed. R. Civ. P. 16(b)(4). *Id.*

The Court convened the ENE at the appointed date and time. ECF No. 92. Defendant/Counterclaimant's ("Defendant") counsel Nadia Bermudez appeared in person along with Defendant's client representative. *Id.* Plaintiff failed to appear.

Therefore, Plaintiff Peter Strojnik, Sr. is **ORDERED** to appear **in person** on **March 24, 2020** at **1:30 PM** to **SHOW CAUSE** why the Court should not impose sanctions against him under Fed. R. Civ. P. 16(f) for failing to appear for the ENE, in violation of the Court's Mandatory Procedures set forth in its initial Order setting the ENE and its subsequent Order resetting the ENE for March 4, 2020. *See* ECF No. 42 at 2 (requiring personal attendance); ECF No. 61 at 2 (reaffirming that the Court "requires personal attendance of all named parties at the ENE" and "**[i]n-person attendance at the ENE will be required** unless Plaintiff can provide a doctor's note stating that he is physically unable to travel"). The Show Cause Hearing will take place in **Courtroom 14A** in the James M. Carter and Judith N. Keep United States Courthouse, located at 333 West Broadway, San Diego, California 92101. Failure to appear for the Show Cause Hearing shall constitute an independent basis for sanctions.

No later than **March 20, 2020**, Defendant's counsel shall file and serve a declaration detailing (1) the attorney's fees, including the hourly rate, that Defendant incurred for its counsel to prepare for and attend the ENE, plus related expenses (listed separately); (2) the

travel time for Defendant's representative to attend the ENE; and (3) any expenses incurred by Defendant's representative to attend the ENE.

**IT IS SO ORDERED.**

Dated: March 5, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge