Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
lcasillas@klinedinstlaw.wcom
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>　　　　Defendant. | Case No. 3:19-cv-00650-BAS-AHG<br><br>**NOTICE OF WITHDRAWAL OF DOCKET NUMBER 96 FILED BY DEFENDANT AND COUNTER-CLAIMANT EVANS HOTELS, LLC** |
| Evans Hotels, LLC,<br><br>　　　　Counter-Claimant,<br><br>　v.<br><br>Peter Strojnik (Sr.),<br><br>　　　　Counter-Defendant. | Courtroom:　　　　4B<br>Judge:　　　　Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Allison H. Goddard<br>Complaint Filed:　April 05, 2019<br>Trial Date:　　　March 23, 2021 |

TO THE COURT AND ALL PARTIES HERETO AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Defendant EVANS HOTELS LLC, hereby withdraws the filing of its Declaration of Nadia P. Bermudez Regarding Fees and Costs Arising from ENE. Due to a clerical error, the exhibits were incorrect.

The Declaration of Nadia P. Bermudez will be resubmitted correctly forthwtih.

KLINEDINST PC

DATED: March 19, 2020    By: ____/s/ Nadia P. Bermudez____
Nadia P. Bermudez
Lindsey N. Casillas
Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines