```
 1  Nadia P. Bermudez, Bar No. 216555
    KLINEDINST PC
 2  501 West Broadway, Suite 600
 3  San Diego, California 92101
    (619) 239-8131/FAX (619) 238-8707
 4  nbermudez@klinedinstlaw.com
 5
    Lindsay N. Casillas, Bar No. 269688
 6  KLINEDINST PC
 7  801 K Street, Suite 2100
    Sacramento, California 95814
 8  lcasillas@klinedinstlaw.wcom
 9  (916) 444-7573/FAX (916) 444-7544

10  Attorneys for Defendant and Counter-
    Claimant, EVANS HOTELS, LLC,
11  erroneously sued as dba The Lodge At
    Torrey Pines
12
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>　　　　　Defendant.<br><br>Evans Hotels, LLC,<br><br>　　　　　Counter-Claimant,<br><br>v.<br><br>Peter Strojnik (Sr.),<br><br>　　　　　Counter-Defendant. | Case No. 3:19-cv-00650-BAS-AHG<br><br>**DECLARATION OF NADIA P. BERMUDEZ REGARDING FEES AND COSTS ARISING FROM ENE (DKT. 93)**<br><br>Date:　　　　　March 24, 2020<br>Time:　　　　　1:30 p.m.<br>Courtroom:　　　4B<br>Judge:　　　　　Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Allison H. Goddard<br>Complaint Filed: April 05, 2019<br>Trial Date:　　　March 23, 2021 |

DECLARATION OF NADIA P. BERMUDEZ REGARDING FEES AND COSTS ARISING FROM ENE (DKT. 93)

I, Nadia P. Bermudez, do hereby declare:

1. I am an attorney at law duly licensed to appear before all courts in the State of California and am a shareholder with Klinedinst PC, attorneys of record for Defendant and Counter-Claimant, EVANS HOTELS, LLC ("Evans Hotels"), erroneously sued as dba The Lodge At Torrey Pines, in the above-captioned action.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

3. On January 3, 2020, this Court previously reset the January 8, 2020 Early Neutral Evaluation (ENE) Conference for this matter to March 4, 2020 to accommodate Peter Strojnik's ("Strojnik") alleged pain and inability to travel from his residence in Arizona to San Diego, California. Strojnik failed to appear at the March 4, 2020 ENE Conference. He informs the court that this was due to leisure cruise travel on an "11 Night Ultimate Caribbean Cruise" starting on March 2, 2020.

4. Counsel for Evans Hotels, Nadia P. Bermudez, Esq., Shareholder at Klinedinst PC and Assistant General Counsel for Evans Hotels, Andrew Puls, Esq., timely appeared for the ENE Conference on March 4, 2020. Evans Hotels submitted an ENE Conference Statement on January 3, 2020.

5. By order dated March 5, 2020 (Dkt. No. 93), counsel for Evans Hotels provides the following information:

- ❖ Attorney's fees for preparing for the ENE Conference (including brief submission) and attending the ENE Conference: 10 hours ($250/hr. reduced rate for related insurance matter) = $2,500.
- ❖ Travel time for the Defendant's representative to attend ENE: 1.0 hours.
- ❖ Expenses incurred by Defendant's representative, Assistant General Counsel Andrew Puls to attend ENE: $9.20 Mileage (travel within San Diego County).

6. Strojnik's absence from the ENE Conference was in bad faith. On February 25, 2020 at 1:06 p.m. (PST or 2:06 MST), I sent Mr. Strojnik an email requesting to meet and confer with him regarding his failure to produce discovery

responses. At 1:20 p.m. (PST or 2:20 MST), he stated that he would be out of the country and that: "A motion to continue the ENE has been filed." At 1:29 p.m. (PST or 2:29 MST), I responded to his email and wrote to him: "We have not been served with a motion to continue the ENE. Also, no such document is on the docket. Could you please serve us with a copy of it?" At 1:32 p.m. (PST or 2:32 MST), Strojnik emailed me a 1-page "Motion to Continue ENE."

7. Clearly, Strojnik's representation to me that the motion had already been filed was false.

8. Attached as **Exhibit "A"** is a true and correct copy of our email exchange regarding his absence from the ENE. Attached as **Exhibit "B"** is a true and correct copy of the "Motion to Continue ENE" emailed to me by Strojnik at 1:32 p.m. on February 25, 2020.

9. Strojnik's absence from the ENE was in bad faith and another example of efforts to make the litigation process more costly and difficult. For example, Strojnik has failed to respond to Evans Hotels' Requests for Production of Documents and Interrogatories. He produced some responses to the Evans Hotels' Requests for Admissions, but mostly objected to the Requests. Strojnik has indicated that he is not available for any meeting and conferring on discovery disputes for the entire month of March except for March 30, 2020.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of March, 2020, at San Diego, California.

_____
Nadia P. Bermudez

18325021.1