# EXHIBIT A

# Faith Ann McGee

| | |
|---|---|
| **From:** | Peter Strojnik <ps@strojnik.com> |
| **Sent:** | Tuesday, February 25, 2020 1:31 PM |
| **To:** | Nadia P. Bermudez |
| **Subject:** | Re: Strojnik v. Evans |
| **Attachments:** | 2020-02-25 Motion to Continue.pdf |

Here you go.

On Tue, Feb 25, 2020 at 2:29 PM Nadia P. Bermudez <NBermudez@klinedinstlaw.com> wrote:

> Mr. Strojnik,
>
> We have not been served with a motion to continue the ENE.   Also, no such document is on the docket.  Could you please serve us with a copy of it?
>
> Thank you,
>
> Nadia P. Bermudez
>
> **Nadia P. Bermudez**
> Shareholder
> Biography | Website | Locations
>
> 
>
> **Klinedinst San Diego**
>
> 501 W Broadway, Suite 600
> San Diego, CA 92101
>
> IRVINE, CA
> LOS ANGELES, CA      (619) 239-8131 Phone
> SACRAMENTO, CA       (619) 238-8707 Fax
> SAN DIEGO, CA
> SEATTLE, WA
>
> NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise exempt from disclosure under applicable Federal or State Law. If you are not the named addressee or the employee or agent responsible for delivering this e-mail to the named addressee, be advised that you have received this e-mail in error and you are prohibited from any dissemination, distribution, or copying of this e-mail. If you believe that you have received this e-mail in error and did not want to receive the same, please immediately contact the sender by reply e-mail, telephone, or facsimile to be removed from future emails.
>
> **From:** Peter Strojnik <ps@strojnik.com>
> **Sent:** Tuesday, February 25, 2020 1:20 PM

**To:** Nadia P. Bermudez <NBermudez@Klinedinstlaw.com>
**Subject:** Re: Strojnik v. Evans

As indicated. I am out of the country between March 1st and about March 15. A motion to continue the ENE has been filed. Friday is unavailable.

On Tue, Feb 25, 2020, 2:06 PM Nadia P. Bermudez <NBermudez@klinedinstlaw.com> wrote:

Ok, does Friday work for you instead on 2/28/20? Also, I believe we have an ENE on 3/4/2020 so we can discuss the responses at that time in person.

**Nadia P. Bermudez**
Shareholder
Biography | Website | Locations



**Klinedinst San Diego**

501 W Broadway, Suite 600
San Diego, CA 92101

(619) 239-8131 Phone
(619) 238-8707 Fax

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise exempt from disclosure under applicable Federal or State Law. If you are not the named addressee or the employee or agent responsible for delivering this e-mail to the named addressee, be advised that you have received this e-mail in error and you are prohibited from any dissemination, distribution, or copying of this e-mail. If you believe that you have received this e-mail in error and did not want to receive the same, please immediately contact the sender by reply e-mail, telephone, or facsimile to be removed from future emails.

**From:** Peter Strojnik <ps@strojnik.com>
**Sent:** Tuesday, February 25, 2020 12:59 PM
**To:** Nadia P. Bermudez <NBermudez@Klinedinstlaw.com>
**Cc:** Lindsey N. Casillas <LCasillas@klinedinstlaw.com>; Kathy Aragon <karagon@klinedinstlaw.com>; Marjorie L. Fair <MFair@Klinedinstlaw.com>
**Subject:** Re: Strojnik v. Evans

As previously indicated, I am unavailable the first two weeks of March. Since you will get all the information you require for the hearing tomorrow, we will just have to reschedule for after my return.

On Tue, Feb 25, 2020, 1:22 PM Nadia P. Bermudez <NBermudez@klinedinstlaw.com> wrote:

Dear Mr. Strojnik,

Unfortunately, I am no longer available for a call on 2-27-2020 due to an obligation on a different matter. Additionally, with compliance with the court's order [ECF 80] being due immediately before the call, it would be prudent for me to wait until I receive Plaintiff's disclosures and discovery responses. As such, can we speak on March 3, 2020 instead (if necessary)? I am available except from 3:30-7 p.m. PST.

Thank you,

Nadia P. Bermudez

**Nadia P. Bermudez**
Shareholder
Biography | Website | Locations



**Klinedinst San Diego**

501 W Broadway, Suite 600
San Diego, CA 92101

(619) 239-8131 Phone
(619) 238-8707 Fax

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise exempt from disclosure under applicable Federal or State Law. If you are not the named addressee or the employee or agent responsible for delivering this e-mail to the named addressee, be advised that you have received this e-mail in error and you are prohibited from any dissemination, distribution, or copying of this e-mail. If you believe that you have received this e-mail in error and did not want to receive the same, please immediately contact the sender by reply e-mail, telephone, or facsimile to be removed from future emails.

**From:** Peter Strojnik <ps@strojnik.com>
**Sent:** Monday, February 24, 2020 10:29 AM
**To:** Nadia P. Bermudez <NBermudez@Klinedinstlaw.com>
**Cc:** Lindsey N. Casillas <LCasillas@klinedinstlaw.com>
**Subject:** Re: Strojnik v. Evans

Mesdames Bermudez and Casillas:

I will of course timely provide the information required by Order [80]. The issue are the Interrogatories and RPD's. As indicated, my lack of availability remains as indicated.

I am available on Thursday, February 27 at 12 noon (AZ Time). Please initiate the call to 602-524-6602 at that time. Please also be prepared to discuss the insufficiency of your own responses to Discovery Request Set 1.

Additionally, please provide me with Dr. Greenfield's report as soon as you receive it.

Lastly, Dr. Greenfield stated to me that Ms. Casillas advised him to conduct an orthopedic examination only. This, of course, is contrary to the Court Order and our stipulation which stated, in part:

**Error! Filename not specified.**

Please advise how Ms. Casillas' instruction to Dr. Greenfield does not constitute a violation of 18 U.S.C. §1512 (b) by engaging in misleading conduct to influence Dr. Greenfield in this official proceeding.

On Fri, Feb 21, 2020 at 5:10 PM Nadia P. Bermudez <NBermudez@klinedinstlaw.com> wrote:

> Dear Mr. Strojnik,
>
> Unfortunately, we cannot offer an extension regarding discovery responses due to the upcoming hearing date as well as the due date for information exchange related to the hearing date. As you know, the court recently advanced the hearing date for this matter.
>
> Please respond fully to all the discovery requests. Also, please provide your availability for a conference call regarding these deficient responses and missing documents for Monday afternoon or Tuesday afternoon. Please advise.
>
> Nadia Bermudez
>
> **Nadia P. Bermudez**

4

Shareholder

Biography | Website | Locations

**Klinedinst San Diego**

501 W Broadway, Suite 600
San Diego, CA 92101

(619) 239-8131 Phone
(619) 238-8707 Fax

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise exempt from disclosure under applicable Federal or State Law. If you are not the named addressee or the employee or agent responsible for delivering this e-mail to the named addressee, be advised that you have received this e-mail in error and you are prohibited from any dissemination, distribution, or copying of this e-mail. If you believe that you have received this e-mail in error and did not want to receive the same, please immediately contact the sender by reply e-mail, telephone, or facsimile to be removed from future emails.

**From:** Peter Strojnik <ps@strojnik.com>
**Sent:** Friday, February 21, 2020 4:00 PM
**To:** Nadia P. Bermudez <NBermudez@Klinedinstlaw.com>; Lindsey N. Casillas <LCasillas@klinedinstlaw.com>
**Subject:** Strojnik v. Evans

Good afternoon, ladies:

I attach the following:

1. 2020-02-21 PS Responses to Evans' RA's; and

2. 2020-02-21 Strojnik IME Report.

You will recall that you generally objectd to my Discovery Request No 1 on the basis that the request for discovery was premature because they were served prior to the partis meeting and conferring. Please treat Discovery Request Set 1 as served at the time immediately following the meet and confer and answer accordingly.

On the matter of responses to interrogatories and requests for production, recent events, including yesterday's IME and the upcoming Dr. appointments that are certain to result in additional CAT scans and/or MRI's, and the upcoming unavailability between March 2 and March 15, I request the courtesy of the extension of time to respond to the same until April 20, 2020. With the trial commencing on March 23, 2021, I do not believe this would be a problem.

--

Cordially,

Peter Strojnik
STROJNIK

7847 N. Central Ave.

Phoenix, AZ 85020

Telephone: 602-524-6602
e-mail ps@strojnik.com
Twitter: @strojnikpeter

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

--

Cordially,

Peter Strojnik
STROJNIK

7847 N. Central Ave.

Phoenix, AZ 85020

Telephone: 602-524-6602
e-mail ps@strojnik.com
Twitter: @strojnikpeter

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

--
Cordially,



Peter Strojnik
STROJNIK
7847 N. Central Ave.
Phoenix, AZ 85020
Telephone: 602-524-6602
e-mail ps@strojnik.com
Twitter: @strojnikpeter

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

7

# EXHIBIT B

Peter Strojnik (Sr.),
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

PETER STROJNIK (SR.),

    Plaintiff/Counter-Defendant,

vs.

EVANS HOTELS, LLC,

    Defendant/ Counter-Claimant.

Case No: 3:19-cv-00650-BAS-AHG

**MOTION TO CONTINUE ENE**

Plaintiff has previously arranged to be out of the country between March 2nd and March 14, 2020. Therefore, he respectfully requests a continuance of the ENE to a time convenient to the Court.

RESPECTFULLY SUBMITTED this 25th day of February, 2020.

**PETER STROJNIK**

_____
Plaintiff

Emailed to Defense Counsel and Mailed to the Southern District of California this 25th day of February, 2020.