Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
lcasillas@klinedinstlaw.wcom
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>Plaintiff,<br><br>v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>Defendant. | Case No. 3:19-cv-00650-BAS-AHG<br><br>**DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF DEFENDANT, EVANS HOTELS, LLC'S MOTION TO COMPEL DISCOVERY RESPONSES AND DOCUMENTS** |
| Evans Hotels, LLC,<br><br>Counter-Claimant,<br><br>v.<br><br>Peter Strojnik (Sr.),<br><br>Counter-Defendant. | Courtroom: 4B<br>Judge: Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Allison H. Goddard<br>Complaint Filed: April 05, 2019<br>Trial Date: March 23, 2021 |

1

Case No. 3:19-cv-00650-BAS-AHG

DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF DEFENDANT, EVANS HOTELS, LLC'S
MOTION TO COMPEL DISCOVERY RESPONSES AND DOCUMENTS

I, Nadia P. Bermudez, do hereby declare:

1. I am an attorney at law duly licensed to appear before all courts in the State of California and am a shareholder with Klinedinst PC, attorneys of record for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines, in the above-captioned action.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. On January 23, 2020, Evans Hotels served on Strojnik: (1) Requests for Production of Documents, (2) Interrogatories and (3) Requests for Admission. Strojnik's responses were due by February 27, 2020. A true and correct copy of Evans Hotels' Requests for Production of Documents is attached as Exhibit A. A true and correct copy of Evans Hotels' Interrogatories is attached as Exhibit B. A true and correct copy of Evans Hotels' Requests for Admissions is attached as Exhibit C.

4. As of the date of this motion, Strojnik has failed to respond to the: (1) Requests for Production of Documents and (2) Interrogatories. Further, Strojnik's responses to the Requests for Admission Nos. 1, 5, 25-31, 33, 34, and 35 are deficient and contain meritless objections. A true and correct copy of Strojnik's Responses to Evans Hotels' Requests for Admissions is attached as Exhibit D. Strojnik fails to provide any explanation or justification for his failure to respond to Defendant's requests for relevant documents and interrogatories. Each of the Requests for Admissions Nos. 1, 5, 25-31, 33, 34, and 35 require a further response.

5. The information requested in these discovery requests is relevant to the legal dispute between the parties as well as the motion to declare Strojnik a vexatious litigant, which will be heard by the court on May 13, 2020. Additionally, on December 10, 2019, Judge Cynthia Bashant expressly authorized the parties to

1  engage in discovery relative to the vexatious litigant motion.  A true and correct
2  copy of excerpts from the December 10, 2019 hearing is attached hereto as Exhibit
3  E.
4       6.    Using a series of excuses, Strojnik refused to be available to meet and
5  confer regarding this discovery for the entire month of March, and then again
6  through April 16.  Because the hearing on the motion to declare Strojnik a
7  vexatious litigant is scheduled for May 13, 2020, time is of the essence.  As such, on
8  March 31, 2020, Evans Hotels sought to be relieved from pre-motion meet and
9  confer and provided the reasoning to the Court via email.  The Court subsequently
10 authorized the filing of this motion on April 1, 2020.  (ECF #100.)
11      7.    Here, Evans Hotels seeks the amount of $2,000 for attorney's fees
12 incurred in connection with the filing of this motion and all related preparation as
13 follows:  Attorney's fees for preparing for meet and confer as related
14 correspondence, preparation of this motion and expected reply brief: 8 hours
15 ($250/hr. reduced rate for related insurance matter) = $2,000.
16      I declare under penalty of perjury pursuant to the laws of the State of
17 California that the foregoing is true and correct.
18      Executed on this 7th day of April, 2020, at San Diego, California.

                                      /s/Nadia P. Bermudez
                                      Nadia P. Bermudez

18359802.1

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

3                                      Case No. 3:19-cv-00650-BAS-AHG
DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF DEFENDANT, EVANS HOTELS, LLC'S
MOTION TO COMPEL DISCOVERY RESPONSES AND DOCUMENTS