Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
lcasillas@klinedinstlaw.wcom
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>       Plaintiff,<br><br>v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>       Defendant.<br><br>Evans Hotels, LLC,<br><br>       Counter-Claimant,<br><br>v.<br><br>Peter Strojnik (Sr.),<br><br>       Counter-Defendant. | Case No. 3:19-cv-00650-BAS-AHG<br><br>**CERTIFICATE OF SERVICE**<br><br>Courtroom:         4B<br>Judge:             Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Allison H. Goddard<br>Complaint Filed:  April 05, 2019<br>Trial Date:       March 23, 2021 |

1  At the time of service, I was over 18 years of age and not a party to this
2  action. I am employed in the County of San Diego, State of California. My
3  business address is 501 West Broadway, Suite 600, San Diego, California 92101.
4  On April 8, 2020, I served true copies of the following document(s) described
5  as:

6  **1.  DEFENDANT, EVANS HOTELS, LLC'S NOTICE OF MOTION
7  AND MOTION TO COMPEL DISCOVERY RESPONSES AND
8  DOCUMENTS & REQUEST FOR SANCTIONS PURSUANT TO RULE 37
9  Re; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

10  **2.  DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF
11  DEFENDANT, EVANS HOTELS, LLC'S MOTION TO COMPEL
12  DISCOVERY RESPONSES AND DOCUMENTS**

13  **3.  [PROPOSED] ORDER**

14  on the interested parties in this action as follows:

| Peter Strojnik (Sr.) | Telephone: (602) 524-6602 |
| 7847 N. Central Avenue | Email: ps@strojnik.com |
| Phoenix, Arizona 85020 | Plaintiff, in Pro Per |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Klinedinst PC for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Diego, California.

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1     **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address fmcgee@klinedinstlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on April 8, 2020, at San Diego, California.

_____
Faith Ann McGee

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101