# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☐ U.S. DISTRICT JUDGE / ☒ U.S. MAGISTRATE JUDGE: The Hon. Allison H. Goddard

| FROM: J. Rinehart, Deputy Clerk | RECEIVED DATE: April 16, 2020 |
|---|---|
| CASE NO. 19-cv-00650-BAS-AHG | DOC FILED BY: Peter Strojnik, Sr. |
| CASE TITLE: Strojnik v. Torrey Pines Club Corporation | |
| DOCUMENT ENTITLED: Plaintiff's Response to Defendant's Motion to Compel | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.2 - Missing Proof of Service;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Judge Goddard's Civil Pretrial Procedures (Chmbr. R. at 2) – No discovery motion may be filed until the Court has conducted its pre-motion telephonic conference, unless the movant has obtained leave of Court. Renewed Motion to Compel not accepted.

Date Forwarded:   April 17, 2020

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: April 22, 2020         CHAMBERS OF: The Honorable Allison H. Goddard

cc: All Parties         By:        LC2