Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
lcasillas@klinedinstlaw.wcom
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>Plaintiff,<br><br>v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>Defendant. | Case No. 3:19-cv-00650-BAS-AHG<br><br>**DEFENDANT EVANS HOTELS, LLC'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL DISCOVERY RESPONSES AND DOCUMENTS & REQUEST FOR SANCTIONS PURSUANT TO RULE 37**<br><br>**NO ORAL ARGUMENT** |
| Evans Hotels, LLC,<br><br>Counter-Claimant,<br><br>v.<br><br>Peter Strojnik (Sr.),<br><br>Counter-Defendant. | Courtroom: 4B<br>Judge: Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Allison H. Goddard<br>Complaint Filed: April 05, 2019<br>Trial Date: March 23, 2021 |

1

Case No. 3:19-cv-00650-BAS-AHG

DEFENDANT, EVANS HOTELS, LLC'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL
DISCOVERY RESPONSES AND DOCUMENTS & REQUEST FOR SANCTIONS PURSUANT TO RULE 37

1    Mr. Peter Strojnik's ("Strojnik") Opposition misses the mark entirely. He
2 fails to provide any legally recognized reason for not providing discovery responses
3 or producing documents.  As of the date of filing of this Reply, Strojnik has failed to
4 provide any responses to the Interrogatories or the Requests for Production of
5 Documents served by Evans Hotels, LLC on January 23, 2020.  Additionally,
6 Strojnik has failed to provide any further responses to the Requests for Admissions
7 since he served deficient responses dated February 21, 2020.[1]

8    Despite being aware of his obligation to provide responses, he continues to be
9 defiant and uncooperative in this litigation.  Therefore, sanctions are merited.

## I. STROJNIK PRESENTS NO LEGAL OPPOSITION TO THIS MOTION

Strojnik's opposition fails to comport with the local rules to provide a "brief and complete statement of all reasons in opposition to the position taken by the movant, an answering memorandum of points and authorities, and copies of all documentary evidence upon which the party in opposition relies." (See S.D. Cal. Local Rule 7.1(f)(3)(c).) Instead, Strojnik's eleven page opposition (Dkt. #103) includes misleading statements and incorrect summaries of the proceedings in this case.

Strojnik's opposition also fails to articulate a single justifiable basis for his failure to provide discovery responses and produce documents in this case (which also now includes an unauthorized Counterclaim [Dkt. # 72]).  His opposition includes rambling and incoherent statements such as:

> Evans is trying to turn this Courts.  Evans is relentlessly attempting to morph the ADA from a desegregationist expression of public policy into the unrecognizable Okefenokee swamp slither. There is nothing more pathetic that a whining and sniveling lawbreaker.

---

[1] See Declaration of Nadia P. Bermudez, filed concurrently, ¶ 3-4.

DEFENDANT, EVANS HOTELS, LLC'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL
DISCOVERY RESPONSES AND DOCUMENTS & REQUEST FOR SANCTIONS PURSUANT TO RULE 37

(Dkt. #103, 10:12-15.)

Strojnik's pleadings demonstrate his disregard for these proceedings and a failure to appreciate the court's resources and the expenses that result from his uncooperativeness. He is, of course, no stranger to litigation proceedings, having filed thousands of ADA lawsuits throughout the country and dozens in California since 2019. (Dkt. #12, RJN, Exs.3-5, 10.) He was disbarred from the practice of law in Arizona due to his filing of frivolous ADA litigation, and has now become a *career plaintiff* against businesses throughout the country. (Dkt. #12, RJN, Exs.3-5, 10.) Therefore, his defiance merits a strong response from the court.

## II.   CONCLUSION

The discovery sought by Evans Hotels clearly relates to liability, damages, and Strojnik's credibility. As such, the court should order that Strojnik comply with Evans Hotels' discovery requests immediately and issue sanctions against him without delay.

DATED: April 29, 2020

KLINEDINST PC

By:    /s/ Nadia P. Bermudez
Nadia P. Bermudez
Lindsey N. Casillas
Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

18372638.1