# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, Sr., <br><br> Plaintiff, <br><br> v. <br><br> EVANS HOTELS, LLC, <br><br> Defendant. | Case No. 19-cv-00650-BAS-AHG <br><br> **ORDER AFTER HEARING** <br><br> **[ECF Nos. 44, 81, 106]** |

On May 13, 2020, the Court held a telephonic hearing on several pending motions in this case. (*See* ECF No. 111.) For the reasons discussed on the record, the Court **ORDERS** the following:

(1) Plaintiff's Motion to Dismiss Defendant's Counterclaim for Lack of Supplemental Jurisdiction (ECF No. 44) is **DENIED**.

(2) Defendant's Motion to Strike and For a More Definite Statement (ECF No. 81) is **GRANTED IN PART** and **DENIED IN PART**. The Motion to Strike as untimely is denied. The Motion for a More Definite Statement is denied to the extent Mr. Strojnik articulates a breach of contract counter-claim. The Motion for a More Definite Statement is granted to the extent Mr. Strojnik attempts to allege a defamation counter-claim or punitive damages.

If Mr. Strojnik chooses to file an amended counter-claim, he must do so by **June 2, 2020**. No counter-claim filed after this date will be accepted. If no amended counter-claim

is filed by June 3, 2020, Defendant's answer to the remaining counter-claim alleging only breach of contract is due by **June 24, 2020**.

(3) Plaintiff's Motion for Summary Judgment Re: Defendant's Vexatious Litigant Motion (ECF No. 106), construed as a request to rule on the Vexatious Litigant Motion without an evidentiary hearing, is **DENIED**.

**IT IS SO ORDERED.**

**DATED: May 13, 2020**

Hon. Cynthia Bashant
United States District Judge