Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
lcasillas@klinedinstlaw.wcom
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Evans Hotels, LLC dba The Lodge At Torrey Pines,<br><br>　　　　Defendant.<br><br>Evans Hotels, LLC,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>Peter Strojnik (Sr.),<br><br>　　　　Counter-Defendant. | Case No. 3:19-cv-00650-BAS-AHG<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Courtroom:　　　　4B<br>Judge:　　　　Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Allison H. Goddard<br>Complaint Filed: April 05, 2019<br>Trial Date:　　　March 23, 2021 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, PETER STROJNIK (SR.) and Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines stipulate and jointly move that the Court dismiss this action WITH PREJUDICE in its entirety and as to all parties, complaints, counter-claims and causes of action pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear his/its own costs and attorneys' fees.

EVANS HOTELS, LLC withdraws its motion to declare PETER STROJNIK a vexatious litigant as part of this dismissal with prejudice, and respectfully requests that the court cease its vexatious litigant proceedings against STROJNIK.

KLINEDINST PC

DATED: July 13, 2020        By: _____
                                Nadia P. Bermudez
                                Lindsey N. Casillas
                                Attorneys for Defendant and Counter-Claimant, EVANS HOTELS, LLC, erroneously sued as dba The Lodge At Torrey Pines

DATED: July 10, 2020        By: _____
                                Peter Strojnik, in propria persona

18619231.1