# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.), <br><br> Plaintiff, <br><br> v. <br><br> EVANS HOTELS, LLC dba THE LODGE AT TORREY PINES, <br><br> Defendant. | Case No. 3:19-cv-00650-BAS-AHG <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> **[ECF No. 123]** |
| EVANS HOTELS, LLC dba THE LODGE AT TORREY PINES, <br><br> Counter-Claimant, <br><br> v. <br><br> PETER STROJNIK (SR.), <br><br> Counter-Defendant. | |

On July 13, 2020, the parties jointly moved for dismissal of this action with prejudice. (ECF No. 123.)  As part of the dismissal, Defendant withdraws its Motion for An Order Declaring Plaintiff a Vexatious Litigant and Motion for Sanctions ("Vexatious Litigant Motion").  (ECF No. 12.)

Good cause appearing, the Court **VACATES** the evidentiary hearing on the Vexatious Litigant Motion set for July 24, 2020, **TERMINATES AS MOOT** the Vexatious Litigant Motion (ECF No. 12), and **DISMISSES WITH PREJUDICE** this action.  Each party shall bear its own attorney's fees and costs.  The Clerk is instructed to close the case.

**IT IS SO ORDERED.**

**Dated: July 14, 2020**

Hon. Cynthia Bashant
United States District Judge

19cv650